# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

|  |  |
|---|---|
| SINGAPORE MINISTRY OF HEALTH, | |
| Plaintiff, | No.: 5:19-cv-00051-DCR |
| v. | |
| MIKHY K. FARRERA-BROCHEZ, a/k/a MIKHY A. BROCK, a/k/a MIKHY FARRERABROCHEZ, a/k/a MIKHY FARRERA BROCHEZ, a/k/a BROCHEZ MIKHY FERRARA, a/k/a FERRARA MIKHY, a/k/a MIKHY BROCH, a/k/a/ MIKHY K FARRERABROCHE, a/k/a BROCHE MIKHY FERRARA, a/k/a FERRARABROCHEZ MIKHY, a/k/a MIKHY BROCHEZ FARRERA, a/k/a MIKHY K BROCHE, | |
| Defendant. | |

**VERIFIED AMENDED COMPLAINT**

The Singapore Ministry of Health ("MOH") states the following in support of this action seeking relief pursuant to Federal Rule of Civil Procedure 65 and other applicable law, and asserts a claim against Defendant Mikhy K. Farrera-Brochez ("Brochez") for invasion of privacy.

**PARTIES**

1.     MOH is part of the Government of Singapore.

2.     Brochez is a United States citizen whose last known physical address was in Winchester, Kentucky.

1

## JURISDICTION AND VENUE

3.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a).  This action is between a citizen of the United States and a foreign agency, and the matter in controversy exceeds, exclusive of interest and costs, the amount of $75,000.

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(3).

5.      This Court has personal jurisdiction over Brochez because, among other things, Brochez was last known to be residing in Winchester, Kentucky, is purposefully availing himself to this jurisdiction, and has indicated that he is prepared to release confidential information in violation of Singapore and Kentucky law.

## FACTS

### A.      Purposes of HIV Registry

6.      MOH maintains a national Human Immunodeficiency Virus ("HIV") Registry containing confidential information of persons diagnosed with HIV in Singapore.  MOH maintains the HIV Registry to monitor the HIV infection situation, conduct contact tracing, and assess disease prevention and management measures.

### B.      Protection and Security of HIV Registry

7.      In 2012 and 2013, MOH had security safeguards in place to protect the information contained in the HIV Registry.  These security measures were in accordance with the prevailing government policies on classified information and IT security.

8.      Officers of MOH were briefed on the policies, systems, and processes, and were regularly reminded of the sensitivity of the information.  Access to the information in the HIV Registry was strictly restricted to a limited number of officers.  All officers also signed an

undertaking to observe confidentiality obligations under Singapore's Official Secrets Act ("OSA").

9.      Since 2012, MOH has taken additional security measures to ensure data security, including migrating the HIV Registry database to a network-based system (i.e. staff would call up records they require from the network-based system, rather than download a database file stored on a network drive to do their work).  This migration also allowed for an enhanced audit trail of access to the HIV Registry.

10.     In 2014, MOH incorporated alerts of multiple failed login attempts into the system.

11.     In 2016, MOH implemented additional enhancements to the security policies to strengthen protection of the HIV Registry, including elevating approval authority for downloading and decrypting HIV Registry data, implementing a two-person approval process to download and decrypt Registry data, and designating a specific workstation for processing of sensitive data from the HIV Registry.

12.     All of these efforts were intended to keep the HIV Registry data confidential and private, with only limited availability for a select group of individuals consistent with the established data security and privacy considerations.

C.      **Background Information Leading to Brochez Unlawfully Obtaining Information of the Singapore Government, Including Information on MOH's HIV Registry**

13.     Brochez is a United States citizen who is believed to have resided in Singapore between January 2008 and June 2016.

14.     Brochez's last known physical address was in Winchester, Kentucky.

15.     Brochez's partner at the time of the events described below, Ler Teck Siang ("Ler"), is a male Singaporean doctor.

3

16.     As the Head of MOH's National Public Health Unit ("NPHU") from March 2012 to May 2013, Ler had authority to access confidential information relating to the HIV patients maintained on the HIV Registry.

17.     Ler resigned as a public health officer in January 2014.

18.     Ler was charged in Singapore courts in June 2016 for offenses under the Penal Code and the OSA.

19.     Specifically, Ler was charged under the OSA for failing to take reasonable care of confidential information regarding HIV-positive patients on the HIV Registry.  This matter is still pending before the Singapore courts.

20.     Brochez is believed to have obtained the confidential information from MOH as a result of the mishandling of the confidential information by Ler, who is suspected of not having complied with the policies and guidelines on the handling of confidential information maintained on the HIV Registry. When Brochez's premises were searched by the police in May 2016, numerous computers and electronic storage devices containing files with confidential information from the HIV Registry, files related to hospital services and to other infectious diseases, as well as other information likely used by Ler for his work such as emails, HIV studies and reports were recovered.  Brochez also revealed, on February 16, 2019, that he has in his possession a list of the National Registration Identification Number/Foreigner Identification Number of 13 HIV positive individuals (including himself), who were scheduled for a medical check-up on March 28, 2018 in Singapore's Changi Prison Complex ("the Prisons List"). Brochez disclosed this confidential information in an attachment to an email to government authorities and multiple media agencies. He is neither authorized to possess the confidential information on the list nor to use it in any way. The information from the HIV Registry and the

Prisons List, along with any other confidential information Brochez has obtained from the Government of Singapore (including MOH and the Singapore Prisons Service) and has in his possession, is referred to collectively herein as the "Confidential Information".

21.     Brochez was previously sentenced to 28 months' imprisonment in Singapore for numerous fraud and drug-related offenses in March 2017.

22.     The fraud charges related to Brochez's conduct in lying about his HIV status to the Singapore Ministry of Manpower in order to obtain and maintain his employment pass, furnishing false information to a police officer during a criminal investigation, and using a forged degree certificate in a job application.

23.     Upon completing his prison sentence, Brochez was deported from Singapore in April 2018.

24.     Brochez was also previously investigated for violations of the OSA. The Attorney-General's Chambers ("AGC") ultimately did not charge Brochez under the OSA after determining that the sentence for such an offense would likely be limited to a fine or, at most, a few weeks in jail given that there had not, at that point in time, been a wide dissemination of confidential information. At the time the AGC decided not to charge Brochez under the OSA, while there could be no guarantee, there was good reason to believe that the information had been secured and the risk of future exposure significantly mitigated.

25.     At the time, Brochez was already facing numerous fraud and drug-related charges, which carried far heavier penalties.

26.     Thus, the AGC issued a stern warning to Brochez for the OSA offense.

27.     Ler was convicted in September 2018 of abetting Brochez to commit cheating, and also of providing false information to the police and MOH. He was sentenced to 24 months'

5

imprisonment.  He has appealed his conviction and sentence, and his appeal is scheduled to be heard in March 2019.

### D.    Events Leading to Exigent Risk of Further Disclosure of Confidential Information by Brochez

28.    On January 24, 2019, MOH ascertained that Brochez had unlawful possession of Confidential Information regarding approximately 14,200 individuals diagnosed with HIV and approximately 2,400 of their contacts, all of which was maintained on the HIV Registry, and that he had illegally disclosed this information online.

29.    MOH believes based on information it has received that Brochez sent this unlawfully obtained Confidential Information from the HIV Registry to a U.S. government agency and the media.

30.    This unlawfully obtained information includes Confidential Information of approximately 5,400 Singaporeans (citizens and permanent residents) diagnosed with HIV up to January 2013, and approximately 8,800 foreigners, including 52 United States citizens, diagnosed with HIV and notified to MOH up to December 2011.

31.    The disclosed information includes their name, unique identification number, contact details (phone number and address), HIV test results and related medical information.

32.    MOH issued press releases on January 28, 2019, and February 13, 2019, detailing the events involving Brochez and his partner, Ler.  *See* **Exhibit A** to Verified Amended Complaint.

33.    Additionally, the Minister for Health delivered a statement in the Singapore Parliament on February 12, 2019, in relation to these events.  *See* **Exhibit B** to Verified Amended Complaint.

34.     MOH has been working with the relevant parties to disable access to the Confidential Information disclosed online.  However, while access to the Confidential Information disclosed online has been disabled, it is still in Brochez's possession, and he could still publicly disclose it.

35.     On February 13, 2019, MOH discovered that Brochez had made a post on his Facebook page making false allegations against the Singapore Government.  *See* **Exhibit C** to Verified Amended Complaint.

36.     Specifically, Brochez included the following false allegations in his Facebook post, attached to this Verified Amended Complaint as Exhibit C:  (1) the Singapore government tried to cover up the data breach referenced above; (2) the Singapore government arrested Brochez on false charges; and (3) that prosecutors had interfered with his medical treatment while he was in prison.

37.     MOH has also been advised of other articles discussing the events involving Brochez and his partner, Ler.  Specifically, a writer of Vice News has purportedly spoken with Brochez and indicated that Brochez "insisted that he shared the [HIV] registry which he said he's possessed for more than six years — with Singaporean and U.S. government officials, as well as with the press, because he wanted to prove that the sensitive, potentially stigmatizing information it contains had already been exposed."  The article also states that Brochez asked the reporter, "Will it hurt your story if I make some of the data public?"  This is strong evidence that Brochez intends to publish the confidential information obtained from the HIV Registry and will likely do so unless restrained. A copy of this article is attached as **Exhibit D**, and is available at https://news.vice.com/en_us/article/43za3d/this-kentucky-man-has-a-stolen-database-of-hiv-positive-people-in-singapore-hes-not-afraid-to-use-it (last accessed February 13, 2019).

38.    Brochez also gave an interview to the Straits Times on January 31, 2019 related to his possession of Confidential Information unlawfully obtained from MOH.  *See* **Exhibit E** to Verified Amended Complaint.

39.    By Brochez's own admission, in his Facebook post and his interviews with the media, he continues to be in possession of Confidential Information obtained from MOH.

40.    On February 16, 2019, the MOH was informed that Brochez had made another disclosure of Confidential Information from the Singapore Government, this time of the Prisons List.  Brochez appears to have possession of a copy of the Prisons List prepared by the Singapore Prison Service's appointed medical service provider.  He is neither authorized to possess the Confidential Information on the list nor to use it in any way.  Brochez disclosed the Prisons List in an attachment to an email to government authorities and multiple media agencies.  The Singapore Prison Service is reaching out to the affected individuals and the MOH is also providing support.  These disclosures of the highly sensitive and private information are unlawful.  Like the MOH, the Singapore Prison Service is also part of the Singapore Government and is legally the same entity as MOH.  A copy of the media report is attached as **Exhibit F**. Brochez's email is attached as **Exhibit G**.

41.    On February 18, 2019, Brochez sent two further emails to authorities in the government, including to the MOH, and to multiple media agencies, making false allegations similar to those he had made in his Facebook post, including:  (1) that a doctor contracted to provide medical services to the Singapore Prison Service had lied about Brochez's HIV status; (2) that Brochez was sexually assaulted in Singapore prison; (3) that the Government of Singapore had "harassed" Brochez's mother, friends, and family; and (4) that Ler is held in custody under false charges.  Brochez also threatened further disclosure of the Confidential

8

Information obtained from the Singapore Government, saying "I will continue releasing this evidence until the Lee regime stops the HIV Registry and releases my husband Dr. Ler Teck Siang from the unlawful imprisonment based on false charges."  Brochez's emails of February 18, 2019 are attached as **Exhibit H**.

42.    Brochez is in possession of Confidential Information obtained from the Singapore Government, including information from the MOH and the Singapore Prisons Service, which he has no authority to retain.

43.    Brochez's public statements to the media indicate his propensity to share the Confidential Information without authority or consent from the Singapore Government.

44.    Brochez's disclosure of the Confidential Information, including confidential information from the HIV Registry and the Prisons List, will cause irreparable damage to the individuals identified, including the possibility that individuals could lose their jobs or insurance coverage, or worse still, subject themselves to self-harm, as well as the reputational damage and emotional distress that may occur should the Confidential Information be disclosed.

45.    Brochez's disclosure of Confidential Information could cause impacted individuals a loss of medical confidentiality, emotional distress, as well as reputational damage or possible complications with insurance coverage.

46.    Brochez's disclosure of this Confidential Information violates Section 5 of the OSA.

47.    Specifically,  Brochez has communicated this Confidential Information to a person or persons to whom he was not authorized to communicate the Confidential Information, and has conducted himself in a manner that endangers the secrecy of the Confidential Information in violation of Section 5(1)(c) read with Section 5(1)(i) and 5(1)(iv) of the OSA.

48.    Brochez has engaged in conduct in violation of Sections 3 and 8A of Singapore's Computer Misuse Act ("CMA").

49.    Specifically, Brochez knowingly caused a computer to perform a function to access, without authority, data held on the said computer.

50.    Further, Brochez knew that personal information from the MOH was obtained in contravention of the CMA, and Brochez has obtained and retained that personal information, and has also has intimated his intention to make available the personal information – specifically, the Confidential Information unlawfully obtained from the MOH.

51.    Brochez's violation of the CMA will cause or create a significant risk of serious harm in Singapore, including illness, injury, or other self-harm to individuals in Singapore.

52.    Brochez's unlawful obtainment and disclosure of the Confidential Information from MOH has caused and will continue to cause significant mental distress to those individuals impacted, and there is a significant risk of psychological injury to impacted individuals, and possibly self-harm, if Brochez is not prevented from future disclosures of the Confidential Information.

53.    Brochez is in possession of information recognized as private under Kentucky law, as demonstrated by the public policy embodied in KRS 214.181, which in part establishes an HIV database maintained by the Kentucky Cabinet for Health and Family Services and mandates strict confidentiality for the records it protects and strict provisions against unauthorized access to such records.

54.    Brochez's actions and/or intended actions constitute an invasion of privacy in violation of Kentucky law.

10

55.     Specifically, Brochez has engaged in unreasonable intrusion upon the seclusion of another, and Brochez has given unreasonable publicity to another's private life.

56.     The Confidential Information obtained by Brochez was intended to be kept private by both the Singapore Government and the individuals impacted.

57.     Brochez's unlawful possession and intended disclosure of the Confidential Information is highly offensive to a reasonable person.

58.     The publication or disclosure of the Confidential Information is not privileged under Kentucky law.

59.     The further possession, publication or disclosure of the Confidential Information will cause mental distress to persons impacted by the unlawfully obtained Confidential Information and disclosure of Confidential Information, as well as harm to the interest of their privacy from the invasion by Brochez.

**PRAYER FOR RELIEF**

Based on the above allegations, MOH seeks to obtain the following relief:

(a)   an injunction prohibiting Brochez from making any further disclosure of the Confidential Information (including confidential information concerning HIV patients);

(b)   an injunction prohibiting Brochez from making any further posts and references, including on all social media platforms, to the presence or existence of the Confidential Information, or any alleged data leak in relation to the Confidential Information;

(c)   an injunction requiring Brochez to deliver up to MOH or such other authorized agent of MOH, all copies of such Confidential Information in his possession or control (whether in electronic form or otherwise);

(d)   an injunction requiring Brochez to provide MOH or such other authorized agent of MOH with the names and contact information of any person or entity  to whom he had disclosed some or all of the Confidential Information (including confidential information concerning HIV patients);

(e) an injunction requiring the removal of all copies (whether full or partial) of the Confidential Information which Brochez may have saved or uploaded on any online website, platform, database etc., by Brochez;

(f) an injunction requiring Brochez to remove all online posts and references, including on all social media platforms, to the presence or existence of the Confidential Information, or any alleged data leak in relation to the Confidential Information; and,

(g) such other relief this Court deems just and equitable.


Dated:  February 19, 2019


                              Respectfully submitted,

                              STURGILL, TURNER, BARKER
                              & MOLONEY, PLLC

                              */s/ Joshua M. Salsburey*
                              Joshua M. Salsburey
                              Bryan H. Beauman
                              Derrick T. Wright
                              333 West Vine Street, Suite 1500
                              Lexington, KY 40507
                              Telephone No: (859) 255-8581
                              Facsimile: (859) 231-0851
                              jsalsburey@sturgillturner.com
                              bbeauman@sturgillturner.com
                              dwright@sturgillturner.com

                              And

                              James C. Martin
                              (*pro hac vice motion forthcoming*)
                              REED SMITH LLP
                              225 Fifth Avenue
                              Suite 1200
                              Pittsburgh, PA 15222
                              Telephone No:  (412) 288-3546
                              Facsimile:  (412) 288-3063
                              JCMartin@reedsmith.com

                              COUNSEL FOR SINGAPORE MINISTRY OF
                              HEALTH

**TO ALL TO WHOM THESE PRESENTS SHALL COME**

I, the undersigned **LEW MAY MAY**, a Notary Public, duly authorised, residing and practising in the Republic of Singapore **DO HEREBY CERTIFY AND ATTEST** that:

I have verified the identity of the person before me to be **DR. DERRICK HENG MOK KWEE**, and

from the evidence produced before me, **DR. DERRICK HENG MOK KWEE**, is the Group Director (Public Health Group), Ministry of Health, Singapore and is as such empowered to execute the annexed **VERIFICATION** for and on behalf of the Singapore Ministry of Health and has accordingly signed the same in my presence in Singapore on 19 February 2019.



**IN FAITH AND TESTIMONY WHEREOF**
I have hereunto subscribed my name and affixed my Seal of Office this 19 February 2019.

**WHICH I ATTEST**

**NOTARY PUBLIC SINGAPORE**

NOTARY PUBLIC
Lew May May
N2018/0190
1 Apr 2018 – 31 Mar 2019
SINGAPORE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

SINGAPORE MINISTRY OF HEALTH,

Plaintiff,

v.

CASE NUMBER 5:19-cv-51-DCR

MIKHY K. FARRERA-BROCHEZ, a/k/a
MIKHY A. BROCK, a/k/a MIKHY
FARRERABROCHEZ, a/k/a MIKHY
FARRERA BROCHEZ, a/k/a BROCHEZ
MIKHY FERRARA, a/k/a FERRARA
MIKHY, a/k/a MIKHY BROCH, a/k/a/
MIKHY K FARRERABROCHE, a/k/a
BROCHE MIKHY FERRARA, a/k/a
FERRARABROCHEZ MIKHY, a/k/a MIKHY
BROCHEZ FARRERA, a/k/a MIKHY K
BROCHE,

        Defendant.

### VERIFICATION

I, Dr. Derrick Heng Mok Kwee, Group Director (Public Health Group), Ministry of

Health, being duly sworn, state that I have read the Verified Amended Complaint supporting the

Singapore Ministry of Health's request for injunctive relief and the facts set forth above in the

foregoing Verified Amended Complaint are true and correct to the best of my knowledge,

information and belief, and that the Ministry of Health would be able to prove these facts at a

hearing held in this matter.  I understand that the statements made herein are subject to the

penalty of perjury under the laws of the United States of America.

FURTHER SAYETH THE AFFIANT NAUGHT.

_____
Dr. Derrick Heng Mok Kwee

Sworn and signed before me, the undersigned officer, on this the ___ day of February, 2019.

IN WITNESS WHEREOF, I hereto set my hand and official seal.

_____
Notary Public

NOTARY PUBLIC
Lew May May
N2018/0190
1 Apr 2018 – 31 Mar 2019
SINGAPORE

# EXHIBIT A

Case: 5:19-cv-00051-DCR   Doc #: 9-1   Filed: 02/19/19   Page: 18 of 72 - Page ID#: 109



**MINISTRY OF HEALTH**
SINGAPORE

(/)



Singapore Government (https://www.gov.sg/)
Integrity · Service · Excellence

A - A + About MOH (/about-moh) | Careers (/careers) | News Highlights (/news-highlights) |
Feedback (https://crms.moh.gov.sg/mohfeedback.aspx) | Forms (/forms) | Contact (/contact-us)

**For Public**      **For Healthcare Professionals**

**My Health Record      Resources & Statistics      Disease Updates      Healthcare Locator      Schemes And Subsidies**

🔍 **Search**



**MINISTRY OF HEALTH** (/)
SINGAPORE                                                              ≡

How may I assist?                                        🔍 **Search**

Ministry of Health (/)  >  News Highlights (/news-highlights)

# UNAUTHORISED POSSESSION AND DISCLOSURE OF INFORMATION FROM HIV REGISTRY

## 📅 **28TH JAN 2019**

Following an alert by the Police, the Ministry of Health (MOH) has ascertained that confidential information regarding 14,200 individuals diagnosed with HIV up to January 2013, and 2,400 of their contacts, is in the possession of an unauthorised person. The information has been illegally disclosed online. We have worked with the relevant parties to disable access to the information.

2      We are sorry for the anxiety and distress caused by this incident. Our priority is the wellbeing of the affected individuals. Since 26 January, we have been progressively contacting the individuals to notify them and render assistance.

3      On 22 January, MOH was notified by the Police that confidential information from MOH's HIV Registry[1] may have been disclosed by an unauthorised person. MOH made a Police report on 23 January. On 24 January, MOH ascertained that the information matched the HIV Registry's records up to January 2013.From 24 to 25 January, MOH worked with the relevant parties to disable access to the information.

4       The records were those of 5,400 Singaporeans diagnosed with HIV up to January 2013 and 8,800 foreigners[2] diagnosed with HIV up to December 2011. The information included their name, identification number, contact details (phone number and address), HIV test results and related medical information. The name, identification number, phone number and address of 2,400 individuals identified through contact tracing up to May 2007 were also included.

5       While access to the confidential information has been disabled, it is still in the possession of the unauthorised person, and could still be publicly disclosed in the future. We are working with relevant parties to scan the Internet for signs of further disclosure of the information.

## Background

6       The confidential information is in the illegal possession of one Mikhy K Farrera Brochez, a male US citizen who was residing in Singapore, on an employment pass, between January 2008 and June 2016. Brochez was remanded in Prison in June 2016. He was convicted of numerous fraud and drug-related offences in March 2017, and sentenced to 28 months' imprisonment. The fraud offences were in relation to Brochez lying about his HIV status to the Ministry of Manpower, in order to obtain and maintain his employment pass, furnishing false information to Police officers during a criminal investigation, and using forged degree certificates in job applications. Upon completing his sentence, Brochez was deported from Singapore. He currently remains outside Singapore.

7       Brochez was a partner of Ler Teck Siang, a male Singaporean doctor. As the Head of MOH's National Public Health Unit (NPHU) from March 2012 to May 2013, Ler had authority to access information in the HIV Registry as required for his work. Ler resigned in January 2014. He was charged in Court in June 2016 for offences under the Penal Code and the Official Secrets Act (OSA). In September 2018, Ler was convicted of abetting Brochez to commit cheating, and also of providing false information to the Police and MOH. He was sentenced to 24 months' imprisonment. Ler has appealed, and his appeal is scheduled to be heard in March 2019. In addition, Ler has been charged under the OSA for failing to take reasonable care of confidential information regarding HIV-positive patients. Ler's charge under the OSA is pending before the Courts.

8       In May 2016, MOH had lodged a Police report after receiving information that Brochez was in possession of confidential information that appeared to be from the HIV Registry. Their properties were searched, and all relevant material found were seized and secured by the Police.

9       In May 2018, after Brochez had been deported from Singapore, MOH received information that Brochez still had part of the records he had in 2016. The information did not appear to have been disclosed in any public manner. MOH lodged a police report, and contacted the affected individuals to notify them.

10      On 22 January 2019, MOH was notified that more information from the HIV Registry could still be in the illegal possession of Brochez. On this occasion, he had disclosed the information online.

11      Brochez is currently under Police investigation for various offences, and the authorities

are seeking assistance from their foreign counterparts.

12      This incident is believed to have arisen from the mishandling of information by Ler, who is suspected of not having complied with the policies and guidelines on the handling of confidential information. MOH takes a grave view of such matters, and will not hesitate to take stern action against staff and other individuals who abuse their authority and access to confidential information, or fail to handle such information in a proper manner.

**Additional Safeguards in Disease Registries**

13      Since 2016, additional safeguards against mishandling of information by authorised staff have been put in place. For example, a two-person approval process to download and decrypt Registry information was implemented in September 2016, to ensure that the information cannot be accessed by a single person. A workstation specifically configured and locked down to prevent unauthorised information removal was designated for processing of sensitive information from the HIV Registry. The use of unauthorised portable storage devices on official computers was disabled in MOH in 2017, as part of a government-wide policy.

14      MOH will continue to regularly review our systems to ensure that they remain secure and that the necessary safeguards are in place.

15      We appeal to members of the public to notify MOH immediately should they come across information related to this incident, and not further share it. Members of the public who have such information or other concerns can contact our hotline at 6325 9220.

[1] The HIV Registry contains information concerning individuals diagnosed with HIV, a notifiable disease under the Infectious Diseases Act (IDA). MOH relies on information from the Registry to monitor the HIV infection situation, conduct contact tracing in relation to HIV patients and assess disease prevention and management measures.

[2] This includes work and visit pass applicants/ holders.

Category: Highlights Press Releases

Affiliated Sites (/contact-us/other-healthcare-institutions) | Sitemap (/sitemap) | Terms of Use (/terms-of-use-of-website) | Privacy Statement (/privacy-statement) | Rate this Website (https://www.jusfeedback.asia/Community/se/705E3EC6B2BAC0A9E?Agency=MOH&Svc=MOH%20Wesbite&eLnk=www.moh.gov.sg&Cat=Citizen) | REACH (https://www.reach.gov.sg/)

© 2018 Government of Singapore

(https://www.facebook.com/sghealthministry/)

(https://twitter.com/sporemoh?lang=en)

(https://www.youtube.com/user/MOHSingapore?gl=SG&hl=en-GB)



MINISTRY OF HEALTH
SINGAPORE

(/)


Singapore Government (https://www.gov.sg/)
Integrity · Service · Excellence

A - A + About MOH (/about-moh) | Careers (/careers) | News Highlights (/news-highlights) |
Feedback (https://crms.moh.gov.sg/mohfeedback.aspx) | Forms (/forms) | Contact (/contact-us)

**For Public      For Healthcare Professionals**

**My Health Record     Resources & Statistics     Disease Updates     Healthcare Locator     Schemes And Subsidies**

🔍 **Search**


MINISTRY OF HEALTH (/)
SINGAPORE

☰

How may I assist?                                   🔍 **Search**

Ministry of Health (/)   >   News Highlights (/news-highlights)

# MOH STATEMENT ON FURTHER ALLEGATIONS MADE BY MIKHY BROCHEZ

📅 **13TH FEB 2019**

1. Brochez continues to make allegations which are either false or unsubstantiated with any evidence.

2. The matter has been thoroughly investigated by both the Ministry of Health (MOH) and the Police. Brochez was convicted in Court for fraud and various drug offences. Should new evidence emerge, we will investigate accordingly.

3. The Minister for Health had provided a Ministerial Statement in Parliament on 12 February 2019 giving a full account of the incident.

4. We have explained the public health reasons for the HIV Registry. Brochez's allegations that the HIV registry is used to target a group of men with specific sexual orientation is untrue. The fact that there is such a registry is public knowledge and statistics on HIV infection rates from the HIV Registry are published annually.

5.  We have indicated that Brochez may have possession of further information, and may reveal it in future. He has now threatened to do so, and MOH will work with the Police to take appropriate actions.

6.  Our priority remains the wellbeing of the affected individuals. We appeal to members of the public not to retain or share such information, as it could cause distress and anxiety amongst those affected. Please alert the Police should you come across such information.

Category: Highlights Press Releases

Affiliated Sites (/contact-us/other-healthcare-institutions) | Sitemap (/sitemap) | Terms of Use (/terms-of-use-of-website) | Privacy Statement (/privacy-statement) | Rate This Website (https://www.jusfeedback.asia/Community/se/705E3ECB2EXXX?AgencyPMOH&Svc=MOH%20Wesbite&eLnk=www.moh.gov.sg&Cat=Citizen) | REACH(https://www.reach.gov.sg/)

(https://www.facebook.com/sghealthministry/)
(https://twitter.com/sporemoh?lang=en)
(https://www.youtube.com/user/MOHSingapore?gl=SG&hl=en-GB)

© 2018 Government of Singapore

# EXHIBIT B



MINISTRY OF HEALTH
SINGAPORE

(/)



Singapore Government (https://www.gov.sg/)
Integrity · Service · Excellence

A - A + About MOH (/about-moh) | Careers (/careers) | News Highlights (/news-highlights) |
Feedback (https://crms.moh.gov.sg/mohfeedback.aspx) | Forms (/forms) | Contact (/contact-us)

**For Public**      **For Healthcare Professionals**

My Health Record      Resources & Statistics      Disease Updates      Healthcare Locator      Schemes And Subsidies

🔍 **Search**



How may I assist?                                                        🔍 **Search**

Ministry of Health (/)  >  News Highlights (/news-highlights)

# STATEMENT BY MINISTER (HEALTH) MR GAN KIM YONG ON THE UNAUTHORISED POSSESSION AND DISCLOSURE OF INFORMATION FROM HIV REGISTRY

## 📅 12TH FEB 2019

Mr Speaker Sir,

1.      On 22 January 2019, the Ministry of Health (MOH) was alerted to a case of unauthorised possession and wrongful online disclosure of information from the HIV Registry by Mikhy K Farrera Brochez, affecting 14,200 individuals diagnosed with HIV, and 2,400 of their contacts.

2.      The incident has caused anxiety and distress to the affected persons. This matter is especially delicate as it involves persons living with HIV. Our priority is their wellbeing.

**BACKGROUND**

3.      Members have asked several questions regarding the incident. Let me first give a brief account on what happened, the actions we took, and why.

*Brochez's Complaint Against Ler (2012 – 2013)*

4.      Some have asked whether MOH had known about Brochez's possible access to HIV Registry information in 2012, when he first made a complaint to MOH. Let me clarify that the issue then was not about Brochez's access to HIV Registry information, but a different one.

5.      Brochez was then a partner of Dr Ler Teck Siang who was then the Head of the National Public Health Unit, and they had lived together. In November 2012, Brochez alleged that Ler had disclosed information about Brochez to others. He later also claimed that Ler had shared screenshots of his HIV status with others.

6.      Despite multiple attempts by MOH to engage him, Brochez did not provide any evidence to support his allegation. He was uncooperative and evasive, and rejected or postponed meetings with MOH on several occasions. At one point, he even informed MOH officers that he was leaving Singapore and did not want to continue with the investigation into his allegation. Due to his uncooperative attitude, the investigation could not make much headway. Nevertheless, we reassigned Ler to another role in May 2013, and kept up the investigation. Ler's access to the live HIV Registry was terminated after his reassignment.

7.      In the course of our investigation, MOH discovered in December 2013 that Brochez may have submitted fake HIV blood tests to MOM in order to retain his employment pass. We informed MOM and also made a police report. Ler resigned the following month.

8.      MOH's investigations in 2012 and 2013 were on Brochez's allegation that <u>Ler</u> had revealed Brochez's HIV status to others. **At no point in 2012 or 2013 did MOH have basis to suspect that <u>Brochez</u> had access to, or was in possession of, the data in the HIV Registry.**

*Police and MOH Investigation Between 2014-2016*

9.      Between 2014 and 2016, Police and MOH investigated whether Brochez had submitted fake blood tests, and whether Ler had abetted this process and provided false information to investigators. These investigations were difficult as Brochez continued to be uncooperative and initially refused to provide a statement to the Police.

10.     The Police eventually recorded a statement from Brochez in May 2014, after he was stopped trying to leave Singapore. When interviewed, Brochez lied to the Police that it was his blood that was tested during a HIV test conducted in November 2013.

11.     MOH then ordered Brochez to undergo a fresh blood test for HIV to verify his claim but Brochez refused to cooperate.

*What Happened in 2016*

12.     In late April 2016, Brochez was arrested for repeatedly refusing to comply with MOH's order to take a blood test. He then provided the Police and government authorities 75 names and particulars from the HIV Registry.

13.     **This was the first time MOH had evidence that Brochez may have access to HIV related data.** We made a Police Report on 16 May 2016.

14.     The Police raided Ler's and Brochez's premises simultaneously, and seized and secured all relevant materials. These included their computers and electronic storage devices containing files with confidential information from the HIV Registry, files related to hospital services and to other infectious diseases, as well as other information likely used by Ler for his work such as emails, HIV studies and reports.

15.     The Police searched through Brochez's email account and found that Brochez had sent the same screenshot that he had sent to government authorities, as well as a PDF file of a further 46 records from the HIV Registry, to his mother. The Police then contacted Brochez's mother, who agreed to let the Police access her email account and deleted those records.

16.     At this point, the Police had seized everything they found in Ler's and Brochez's possession, and had done their best to ensure that no further confidential information remained with Ler and Brochez, including in their known online accounts. It was always recognised that there was a risk that Brochez could have hidden away some more information. Unfortunately, as recent events showed, Brochez did manage to retain at least the data which he has recently disclosed, and we cannot rule out the possibility that he has more.

17.     Ler and Brochez were both charged in Court in June 2016.  Ler was charged both under the Penal Code and OSA. Ler's charge sheet, which was public information, stated that he had had access to the HIV Registry as part of his position as the Head of NPHU in MOH, and that he had failed to take reasonable care of the information in the HIV Registry by failing to retain possession of a thumb drive on which he had saved the HIV Registry.

18.     Brochez was charged for offences under the Misuse of Drugs Act, Penal Code and Infectious Diseases Act (IDA). AGC decides on the charges. AGC decided not to charge him under the OSA because they assessed that he would likely be sentenced to a fine only, or at most a few weeks in jail. This was because there had been no wide dissemination of the information at that stage, and he had primarily used the information to complain to Government agencies. He was already facing numerous fraud and drug-related charges, which carried far heavier penalties. AGC also assessed that any jail term under the OSA was likely to be concurrent with jail terms that he would serve under the other offences.

19.      Brochez was therefore issued with a stern warning for the OSA offence.

20.     Brochez was subsequently convicted in March 2017, and sentenced to 28 months' imprisonment. In its judgement, the Court found that Brochez had "deliberat[ly] flout[ed] the law for personal benefit", and that there was "not a single-word of regret".

### Weighing Whether to Inform Affected Individuals and Making Public Announcement

21.     Mr Speaker Sir, let me now address questions as to whether MOH should have informed the public earlier. In 2016 MOH had to decide whether to inform the affected persons and whether to make a public announcement about the incident.

22.     These were not straightforward decisions.  On the one hand, there is the need to be transparent.  On the other hand, we need to consider the impact of an announcement on the affected persons with HIV – would it serve their interest, or harm them instead?

23.     I discussed this with my medical colleagues in MOH. They emphasised the need to pay particular attention to the concerns and needs of HIV patients. A person's HIV status is a deeply emotional and personal matter. Some patients will experience high anxiety and distress from a disclosure or announcement. Some will feel compelled to reveal their HIV status to family members or friends.  Relationships can be disrupted; lives can be changed. We had to exercise care and judgement in making our decision, and the wellbeing of the affected persons weighed heavily in our considerations.

24.     One key factor was that there was then still no evidence that the confidential information had been disseminated to the public. Brochez had sent the information to Government authorities. The Police search was extensive and all relevant material found had been seized or deleted. While there could be no guarantee, MOH had good reason to believe that the information had been secured and the risk of future exposure significantly mitigated.

25.     Ultimately, it was a judgement call – to be made based on the information we had, the considerations for and against an announcement, and the assessed risk of future public exposure of the information. **MOH judged that on balance, an announcement then would not serve the interests of the affected individuals, when weighed against the inevitable anxiety and distress they would experience.**

### *What Happened in 2018*

26.     Two years later, in April 2018, Brochez was deported from Singapore after serving his sentence, and we had no basis to keep him here.

27.     In May 2018, after his deportation, Brochez sent a screenshot containing 31 records from the HIV Registry to several government authorities. All 31 records were not new. They were a sub-set of the 75 which Brochez had earlier revealed to authorities in 2016. MOH lodged another Police report.

28.     We considered again whether to inform the affected individuals and the public. The relevant factors were similar to those in 2016. But there was one difference. This time, we could not retrieve the screenshot of the 31 records in Brochez's possession, because he was already out of Singapore.

29.     MOH therefore decided to contact the 31 affected individuals, and alert them to the matter. We did not make a public announcement as there was still no specific evidence that Brochez had more information beyond these 31 records. Furthermore, as on previous occasions, Brochez had only shared it with Government authorities, and not to any wider audience. A public announcement would create anxiety and distress not just among the 31 persons but also other HIV patients whose names were in the Registry.

30.     In September 2018, Ler was convicted of abetting Brochez to commit cheating, and also of providing false information to the Police and MOH. He was sentenced to 24 months' imprisonment. Ler has appealed and this is scheduled to be heard in March 2019.

31.     Ler's charge under the OSA is currently 'stood down'. That means that the OSA charge has been put aside for the moment, but it remains before the Courts and will be dealt with after proceedings on his other charges have concluded. AGC decided to go to trial against Ler on the cheating and false information charges first, as they were more serious and carried stiffer penalties. The trial for his drug charges will be held next, as these also involve stiffer penalties, including mandatory caning. **So that there is no doubt, let me say again that OSA charge against Ler is still 'live'. AGC will decide on the OSA charge, after proceedings on his other charges have concluded. This is the usual course.**

### *Why is January 2019 Different?*

32.     The most recent incident in January 2019 stood on a different footing from the earlier incidents. It showed that Brochez probably still possessed the entire HIV Registry, beyond the 31 records. He had also put the information online and provided the link to a non-government party.

33.     This new situation meant that the likelihood of the identities of affected persons being made public by Brochez had increased significantly. MOH therefore decided to make a public announcement on 28 January, even though we remained deeply concerned about the impact this would have on the affected persons. We sought to quickly contact each of the affected individuals to inform them of the circumstances and also offer them assistance prior to the announcement. We worked with the Police and other relevant parties to disable access to the information as quickly as possible.

**Basis for Decisions and Actions**

34.     Mr Speaker Sir, at this point, let me reiterate the basis of our decisions and actions, especially on the issue of disclosure and announcement.  At each juncture – May 2016, May 2018 and Jan 2019 – MOH had to decide whether to inform the affected persons and make a public announcement.

35.     In making those decisions, MOH had a responsibility to balance the opposing considerations and exercise judgement on what would best serve the interest of the affected persons and the public.

36.     MOH made a judgement call, balancing the various considerations.  It is arguable that MOH should have made a different call.  But I reject any allegation that MOH sought to cover up the incident.

37.     On all three occasions, MOH's primary concern was the wellbeing of the persons on the HIV registry.

38.     Today, we still face the same dilemma as we did back in 2016 and 2018. We now know that Brochez retained some of the data after the Police seized all the files they could find in 2016. Quite possibly, he still has more files in his possession.

39.     Should MOH now make known all that Brochez may (or may not) still possess? Do we contact every person whose data may (or may not) be at risk? And in the process inflict more harm on people even though it may ultimately turn out that Brochez in fact does not have the information?

40.     Again we have to assess and make a judgement call.  MOH has decided to continue to manage the situation in a way that reduces the possibility of further exposure.  This is consistent with the decision taken in 2016, and again in 2018. It is based on what we believe to be the interest of the potentially affected persons.

**ONGOING INCIDENT MANAGEMENT**

41.     Mr Speaker Sir, let me now turn to what else we are doing following the latest incident.

*Police Investigation*

42.      Brochez is currently under Police investigation for various offences. He is believed to be in the US. The Police are engaging their American counterparts and are seeking their assistance in the investigations against Brochez. The Police will spare no effort pursuing all avenues to bring Brochez to justice.

*Monitoring Further Exposure of Information*

43.      Following our public announcement, a few parties have come forward to inform us that Brochez had in fact attempted to make contact with them in 2018, and had given them links to confidential information he had uploaded online. We have quickly worked with authorities to similarly disable access to the online content. The content that was uploaded is similar to what we had found in January, so no new individuals have been exposed.

44.      We have also been working with relevant parties to scan the Internet for indications of further sharing of the information. There have thus far been no signs of further disclosure, but we will continue to monitor.

45.      Should we detect any disclosure or online publication of the information, MOH will work with the relevant authorities and parties to take down the content and disable access to the data.

46.      Here, I would like to remind everyone that the Police will not hesitate to take stern action, including prosecution, against anyone who possesses, communicates or uses any of the confidential data that has been disclosed. The Police will also not tolerate any harassment or intimidation, of any form, towards any person, arising from the leak. Stern action will be taken against perpetrators.

*Informing Affected Individuals*

47.      MOH has prioritised informing and supporting the affected individuals. We have completed attempts to contact all the affected individuals. But we are unable to reach all of them, as many had dated contact information, given that the Registry went back to 1985. Many of the foreigners were work pass applicants who never worked in Singapore, or who previously worked here but are no longer in Singapore.

48.      Amongst the affected Singaporeans diagnosed with HIV and still living, we have reached 2,400 out of 3,500. Individuals who worry that they may be affected or who have concerns, can contact our hotline at 6325 9220. We seek their understanding that to maintain confidentiality of the information, we have to verify the identity of the caller. Officers manning our hotline will then provide information on the incident and direct callers to available avenues of support.

*Supporting Those Who Have More Concerns*

49.      Ms Anthea Ong, A/Prof Theseira and A/Prof Daniel Goh asked about the measures taken to protect the psychological welfare of the affected individuals. We know that the affected persons may have concerns, and may be worried about unfair treatment arising from this incident.

50.     Prior to calling patients, our medical social workers have helped to first identify those likely to require more support, so that designated officers can exercise extra care and provide additional support when calling them. If callers request to speak to our counsellors, are in distress, or require more advice and support, counsellors are on standby to speak with them.

51.     Some affected individuals may prefer to discuss their concerns with those they are more familiar with, such as the medical social workers, nurses and doctors who have been supporting their ongoing care and treatment. We have arranged with the relevant public hospitals to have medical social workers and doctors on site to attend to them.

52.     Agencies such as the Life Insurance Association (LIA), MOM and TAFEP have provided public assurances on common concerns. MOM shared that Singapore has employment laws to protect employees from wrongful dismissals, including on the grounds of HIV. LIA has in turn assured policyholders that insurers that receive information related to this incident will not use such information. They will inform the relevant authorities immediately.

53.     Understandably, despite these efforts, some will continue to be concerned. Some may decline to return to care because of the fear of future disclosure. Some felt we should have just informed the affected individuals. A few wished they had not been called at all. The anxiety and concerns which some individuals felt have also been carried in various online, broadcast and print articles in recent weeks.

54.     Our medical social workers were themselves distressed by the news they had to break, and felt the anguish that the patients experienced when they were told. They had to conduct the calls carefully and gently and be alert to signs of distress so that they could help the patients appropriately. At times, our medical social workers became the target of anger and blame. Nevertheless, they do their best to support the affected persons.

55.     These reactions are not unexpected. They were the reasons we made a judgement call in 2016 not to make a public announcement, and in 2018 to inform only the affected patients.

**Safeguards in the Ministry**

56.     Mr Speaker Sir, Members have asked about the purpose and safeguards of the HIV Registry.

*Purpose of HIV Registry*

57.     MOH's national HIV Registry contains information of persons diagnosed with HIV in Singapore. We are not unique in having such a registry. Countries such as the United States and Canada also maintain HIV registries containing identifiable information.

58.     We need the Registry to monitor the HIV infection situation, conduct contact tracing, and assess disease prevention and management measures. The data needs to be identifiable for purposes such as contact tracing to protect those who are contacts of HIV patients.

*Policy and IT Safeguards in Place in 2012/2013*

59.      The security safeguards for the HIV Registry in 2012-2013 were in accordance with the prevailing government policies on classified information and IT security. Staff were briefed on the policies, systems and processes, and regularly reminded of the sensitivity of the information, which they should access on a need-to-know basis. All of them signed an undertaking to observe confidentiality obligations under the OSA.

60.      Prior to 2012, the HIV Registry was placed in a secured network drive. The file could only be accessed and downloaded from Government issued computers, and was password protected. NPHU staff would need to download the HIV Registry in order to carry out routine data entry, contact tracing, and analysis. Staff were allowed to use personal thumb drives at that time, subject to adherence to data protection guidelines and policies.

61.      As the Head of NPHU, Ler had authority to access information in the HIV Registry as required for his work. He is believed to have downloaded the HIV Registry into a thumb drive, and failed to retain possession of it. Ler has been charged for mishandling the information.

62.      Mr Seah Kian Peng asked about the additional measures undertaken to ensure data security.

63.      In 2012, prior to the complaint from Brochez, the Registry database was migrated to a network-based system. NPHU staff no longer had to download a database file stored on a network drive to do their work. Instead, staff would call up records they require from the network-based system. With the implementation of a network-based Registry, the audit trail was also enhanced. In 2014, alerts of multiple failed login attempts were incorporated into the system.

64.      MOH continues to follow the security policies from the Singapore Government Instruction Manual for Security of Classified Info. In tandem with the Government guidelines, we implemented several controls to tighten our systems.

65.      Specifically for the NPHU, MOH's Chief Data Officer also conducted a data security review in 2016. Following the review, enhancements were made to further strengthen the NPHU systems. These include:

·      Elevating the approval authority for downloading and decrypting Registry data to the level of the Director of our Communicable Diseases Division or higher.

·      Implementing a two-person approval process to download and decrypt Registry data, to ensure that data could not be accessed by a single person.

·      Designating a specific workstation for processing of sensitive data from the HIV Registry. This workstation is configured and locked down to prevent unauthorised removal of data.

66.      In 2017, the NPHU also complied with government-wide policy to disable the use of unauthorised portable storage devices on official computers, and only allow use of authorised and encrypted thumb drives.

*What Else Going Forward*

67.      To give greater attention to data usage and safeguards, we had also set up a Data Analytics Group in April 2018. Within the group, a Data Governance Division was set up to formulate policies, practices and guidelines for MOH and its agencies. The aim is to protect and secure access to health sector data, in accordance with data protection requirements in the Government Instruction Manuals and PDPA, and other MOH sectoral legislation.

68.      In light of the recent incident, and the increased prevalence of data use across the healthcare sector, it is important to ensure that data security and governance policies are strictly adhered to on the ground. MOH will expand the role and resourcing of this unit. We will include within it a specific mandate and team to look into compliance and audits of data access and use.

**Call for De-stigmatisation of HIV**

69.      Several members have called for de-stigmatisation of HIV, and asked how we can protect people living with HIV from discrimination. Stigmatisation is an issue that all of us are concerned with.

70.      De-stigmatisation requires efforts across our society. Let me cite some of the efforts by MOH, together with the government and non-government agencies, advocacy groups and voluntary welfare organisations.

*Access and Support for Treatment*

71.      Persons living with HIV require lifelong treatment. HIV therefore continues to be a serious infectious disease that the MOH closely monitors and actively manages for public health reasons. But clinically, HIV treatment has vastly improved over the years, and early treatment can delay disease progression and improve quality of life.

72.      Over the years, MOH has increased financial support and lowered the financial barriers for HIV treatment, through MediSave and MediFund. Since 2014, HIV anti-retroviral drugs can be supported under the Medication Assistance Fund. MAF provides means-tested subsidies for lower and middle income patients (i.e. two-thirds of Singaporean patients), covering up to 75% of the cost of anti-retroviral treatment[1].

73.      In 2015, with the introduction of MediShield Life, persons living with HIV are now covered by our national health insurance scheme should they be hospitalised.

*Testing and Counselling*

74.      We have also made HIV testing and counselling services more widely available. For example, anonymous HIV testing is now available at 10 sites across the island. Special outreach efforts have also been made for specific groups. For instance, it is part of standard antenatal testing at our public hospitals.

75.      Support from doctors, medical social workers and healthcare workers is also widely available in the public hospitals. Generally, every HIV patient in public healthcare institutions is assigned to a medical social worker to provide assistance upon their diagnosis.

*Educating the Public and Reducing Stigma*

76.     It is easy to stigmatise something that we do not understand. MOH has therefore been working with stakeholders to raise awareness of the disease and reduce stigma. In 2017, SNEF, TTSH and HPB worked together to introduce "Guidelines on Managing HIV and AIDS in the Workplace" to help companies create enabling workplace environments for employees with HIV. More recently, the Tripartite Guidelines on Fair Employment Practices calls for all employers to treat employees fairly and based on merit. This would include employees with HIV.

### Seeking cooperation

77.     MOH will continue to work with partner organisations to step up efforts in public education, stigma reduction, prevention, testing, treatment and counselling support. But beyond this, how each of us as individuals relate to persons with HIV also matters, a lot.

78.     Here, I would like to appeal to Singaporeans to stand in support of these affected individuals, and our efforts to fight the stigma against persons living with HIV. I would like to urge the public and media **not to share** illegally obtained information and inform Police/MOH immediately.

79.     The welfare of the affected individuals in this incident would be something of deep concern for us. We would like to encourage those with concerns to contact us at our hotline at 6325 9220. You may also call the SOS[2], TAFEP and AfA, or approach the healthcare institutions and professionals that have been providing you care and support.

### CONCLUSION

80.     Mr Speaker Sir, this has been a regrettable incident caused by the irresponsible and deplorable actions of two individuals.

81.     Ler is a Singaporean doctor and ex-MOH officer who had been entrusted with the care of our patients, but he had betrayed the trust of the ministry and the medical profession. I am sorry that the irresponsible actions of one of our officers has resulted in such distress to the affected persons. Ler's case is now before the Courts, and he will be dealt with according to the law.

82.     The other – Brochez – is an American citizen who had left a trail of lies and deceit, and now perpetrated a reprehensible act that has affected thousands of persons with HIV. He had already spent time behind bars here for his earlier offences. We will spare no effort in bringing him to justice again for his latest crime.

83.     As individuals and part of the larger Singaporean community, the best way for us to respond to this incident is with sensitivity, understanding and support for those affected. If we can say no to discrimination and reduce the stigma surrounding HIV, we can turn the harm and discord which the perpetrators seek to sow into a more inclusive and supportive environment for persons living with HIV.

[1] The starting cost of first-line ARV treatment ranges from about $200 to $300 per month.

[2] SOS 24-hour hotline: 1800 221 4444; TAFEP: 6838 0969; AfA: 6254 0212

Category: Speeches Parliamentary QA

Affiliated Sites (/contact-us/other-healthcare-institutions) | Sitemap (/sitemap) | Terms of Use (/terms-of-use-of-
website) | Privacy Statement (/privacy-statement) | Rate this Website
(https://www.jusfeedback.asia/Community/se/705E3EC82B2C0A8E/Agency=MOH&svc=MOH%
20Wesbite&eLnk=www.moh.gov.sg&Cat=Citizen) | REACH (https://www.reach.gov.sg/)

(https://www.facebook.com/sghealthministry/)

(https://twitter.com/sporemoh?lang=en)

(https://www.youtube.com/user/MOHSingapore?
gl=SG&hl=en-GB)

© 2018 Government of Singapore

# EXHIBIT C

====

https://www.facebook.com/story.php?story_fbid=10156107829568601&id=594018600

I am breaking my silence. The allegations being made against me by the Lee regime in Singapore are blatantly false. I did not steal this database nor did I leak it to the public.

The database was stolen in 2012 by Zachary Levine and an Indonesian named Fairuz Widjat. Mr. Levine had a sexual realtionship with my spouse while living with his then boyfriend LW's parents. Mr. Levine was unhappy with his living arrangements and the fact that his boyfriend wouldn't come out of the closet to his parents. He attemped to talk Teck Siang into kicking me out so that he could move in with Teck Siang. Teck Siang broke off his relationship with Mr. Levine. When this happened Mr. Levine continued to harass us and even broke into our home on multiple occasions. Mr. Levine even stole Teck Siang's work computer. You can see Mr. Levine at https://www.skadden.com/professionals/l/levine-zachary-j

Mr. Levine made post on Facebook of the HIV registry in 2012. I screenshotted this and provided to to Dr. Jeffery Cutter at the Ministry of Health. Dr. Cutter and his staff drove cover this matter up. I elevated the matter to Dr. Amy Khor in October, 2013. I call on the Lee regime in Singapore to be honest and release this email if they have nothing to hide. You have a chance to resolve this before you are publicly embarassed. You have been honest about one thing. I do have a lot more evidence. I recorded my meetings with MOH. I can release these recordings. Your allegations that I was uncooperative are completely false.

I sought help with multiple government agencies and I was repeatedly turned away or referred back to the Ministry of Health. Dr. Jeffery Cutter and Michael Ang the Deputy Director of Investigations repeatedly threatened me to gain my silence.

Further the allegation that MOH only became aware of the data leak in April of 2016 is also false. I provided evidence repeatedly in 2012 and 2013. I also provided to Dr. Amy Khor. I did attempt to pass evidence of the data leak to Lim Eng Peng and Wilfred Dennis who are managers at the Ministry of Health. They refused to look or take the proof. Mr. Dennis even went on to say that there was nothing wrong with that being made public and that it wasn't against the law in Singapore.

I am releasing some emails which I sent to various government agencies seeking help in 2016. If I am the one who stole and leaked this data then why was I seeking help with the data leak in 2016.

Mr. K Shanmugam (Singapore's Minister of Home Affairs) ordered the arrest of my husband and me under false charges in 2016. Our home was raided. Computers were seized. The ruling Lee regime thought they had covered up the matter. That is why nothing has been released until now. The Lee regime believed that they had recovered all proof of the data leak from 2012 and that by publicly discrediting us with baseless charges and accusations would insulate them from any responsibility. The fact is that the Minsitry of Health has been using outdated software and inadequate security procedures to store confiendital medal data in the cyber age.

Further this HIV registry is used to specifically target men who have sex with men. It is a register of gay men so that the Lee regime can track them. The Lee regime collects very personal information such as whether these men receive or give anal sex along with all of their male sexual partners. For men who identify as bisexual, the Lee regime doesn't record the names and NRIC of their female sex partners. They only do it for the males. The Lee regime doesn't just discourage homosexuality. It actively criminalizes it. It doesn't do this out of any professed religious conviction. It does it out of uncensored bigotry.

This data did not come from my husband. The issue is that the Lee regime does not care about Singaporean's medical data and its hates the LGBT community.

Suhas Malhotra and Leong Weng Tat from the Attorney's General's Chambers kept interferring with my medical treatment while at Changi Prison. These prosecutors (who are not licenceed medical professionals) kept dictating what my medical treatment should be. This lead to a serious leak of data from the prison. I will release more on this story later. Suffice it to say, I left Changi prison with a list of HIV positive prisoners because it was given to me by the treating physician Dr. Leong Hoe Nam. Dr. Leong was overly stressed from all the political pressures on him as he originally told me after blood test that I wasn't HIV positive. Blood results taken during my stay at Changi Prison came back HIV - Not Detected while I was not on any medication. My medicine was again withheld and I was told by DSP Nizar and other prison staff that I wouldn't get my medicine until I pleaded guilty. There will be more to come.

All of the screenshots which I have posted are signed by myself and Assistant Superintendent Cindi Koh of the Special Investigative Section. She was one of the police officers responsible for my arrest, torture and human rights

violation. I had to fight in court to get these documents. The redaction of the HIV registry was done by Singapore's Attorney General Chambers. I sent proof to government agencies of the data leak.

Further I would like to state that there is no cooperation happening between American and SIngaporean officials. The Singaporean officials refuse to release any information to myself or the American Embassy. The Lee regime repeatedly states that they don't recognise homosexual marriages therefor our marriage doesn't exist!

I do not know where my husband Dr. Ler Teck Siang is at the moment. I am scared for his life. I was beaten and tortured by Singaporean officicials as an American. I was placed in a cell with Muslim inmates where I was gang raped and infected with HIV. When I reported to the raped to the commanding officer DSP Nizar of Changi Prison B2 Complex. I was told "well you're gay you should enjoy it." That is no different from telling a women... "well you're female you should enjoy it."

I have also included a screenshot of an email which I sent to the Singapore offering to surrender myself. I also asked with whom are they allegedly working in the US as I have been in contat with the FBI. I have received no response to this email. This emails seems to have prompted the press release of Mr. Gan as I specifally called out Mr. Shanmugam for his illegal activities. The Lee regime is falsely claiming to have had my Mother's permission to conduct their illegal search of an American citizen residing in the USA's email account. Please release the proof that she gave you permission to conduct the search Mr. Gan. Also I have included the screenshot which I sent to the Supreme Court which caused the Lee regime to finally admit that it had a data leak but falsely accuse me of leaking the data. I sent proof the the Supreme Court. I asked for the court to take action against the prosecutors who denied a data leak if it is truly independent of the autocrat Lee Hsien Loong. Further I asked that the evidence be shared with the Judge hearing my husband's appeal.

The LGBT community needs to speak. This is the only way to end the oppression of the LGBT community in Singapore by the Lee regime. The only way to get your rights is to stand up for yourselves. They will keep pushing us around until they realise we aren't their cattle. You have a voice. Let's use our voices in unison to speak out against the inequality and discrimination perpetrated by Lee Hsien Loong and the rest of his corrupt cronies.

I have met with a United States Senator and Congressman. Washington's attention is on Singapore. This is the time to go stand in Hong Lim Park. That is if the Lee regime will grant the permit. My husband are I are a members of the LGBT community. We have done nothing to harm you. We never would leak information to harm anyone. We are victims of the Lee regime's attempt to scapegoat us and cover up the truth of the data leak in 2012.

I would ask that everyone please share this post. It is the only way the truth will get out. The Lee regime is using its state controlled media to spread fake news.

#LGBT #HumanRights #GayRights #Equality #MarriageEquality #conspiracy
#Singapore #hiv #aids #freedom #sg #gay #tolerance #intolerance #liberty#usa #gaylivesmatter #lovewins #lovetrumshate #gaymarriage #gaycouple#resist #leehsienloon #pap #sg #usa #freedomofthepress

# EXHIBIT D

 **News**

DATA BREACH

# THIS KENTUCKY MAN HAS A STOLEN DATABASE OF HIV-POSITIVE PEOPLE IN SINGAPORE. HE'S NOT AFRAID TO USE IT.

By **Carter Sherman** and **Maria Gabriella Pezzo** Feb 13, 2019        f 🐦 ✉

Mikhy Farrera-Brochez wants you to know that he's had a rough couple of months. He's struggled with joblessness and homelessness. He's facing charges of trespassing on his mother's property in Winchester, Kentucky, near Lexington.

And then there's the fact that, half a planet away, the 34-year-old American is at the center of an international investigation into the leak of the personal data of thousands of HIV-positive people in Singapore.

ADVERTISEMENT



 **News**

clear: He claims to have the names, phone numbers, and addresses of 14,200 people listed on a registry that Singapore uses to track people living with HIV. If the registry's contents were to become publicly available, those individuals could lose their jobs, their insurance, and their friends and family.

In interviews with VICE News, Farrera-Brochez insisted that he shared the registry — which he said he's possessed for more than six years — with Singaporean and U.S. government officials, as well as with the press, because he wanted to prove that the sensitive, potentially stigmatizing information it contains had already been exposed. He wants to prove that the Singaporean government has tried to cover up the leak of the registry.

"How can I leak something that was already leaked?" he asked.

## "The HIV registry is wrong, and I stood up to them."

Farrera-Brochez also doesn't believe Singapore should have been registering HIV-positive people at all. "The HIV registry is wrong, and I stood up to them," he said.

Farrera-Brochez spent much of the last decade living in Singapore with his partner, a bespectacled Singaporean doctor named Ler Teck Siang, whom Farrera-Brochez met in 2007. The relationship between the two men was tumultuous, but they were often happy together. They did try to keep their relationship quiet: In Singapore, sexual intimacy between men is punishable by up to two years in prison, though the law is seldom enforced.

Then, in 2016, Singaporean authorities raided the men's apartments and seized their computers and hard drives. Police arrested Farrera-Brochez, who is HIV-positive, and charged him with faking government-mandated blood tests to keep his name off the nation's HIV registry. He faced spending years in prison.

**News**



Mikhy Farrera-Brochez (left) with Ler Teck Siang (Photo: Mikhy Farrera-Brochez)

Had his name been on that list, Farrera-Brochez would not have been allowed to work or live in Singapore with Ler. Until April 2016, HIV-positive foreigners were banned from entering the country altogether.

Farrera-Brochez was convicted and imprisoned for more than two years before being deported. He flew home to the United States last year.

On January 28, while Farrera-Brochez was in Kentucky, all hell broke loose: Singapore's Ministry of Health accused him of leaking the same registry he'd allegedly spent years trying to escape. The leak included information belonging to 5,400 Singaporeans diagnosed with HIV before January 2013 and 8,800 foreigners diagnosed before December 2011, according to the ministry.

The accusation triggered a nationwide panic and scores of frenzied headlines. The stigma around HIV/AIDS remains strong in Singapore: In a 2007 national survey of more than 1,700 people in Singapore, just over half said that they would care for a close relative who'd become ill from HIV/AIDS. But only about 22 percent said they would share a meal with someone who has HIV.

Rayner Kay Jin Tan, a Singapore-based researcher who studies HIV, called the leak — and the story behind it — "a really, really big shock."

# "Knowing how fearful people are of having their HIV status disclosed, I was feeling the

 **News**

"Knowing how fearful people are of having their HIV status disclosed, I was feeling the despair," Tan said of the days following the Ministry of Health's announcement. "And as the days went by, I kind of felt a little bit helpless, as someone who is quite acutely aware of how scary it might be for someone living with HIV."

Farrera-Brochez remains under investigation by police, the Ministry of Health wrote in a release, adding that "the authorities are seeking assistance from their foreign counterparts."

### THE LEAK HEARD 'ROUND THE WORLD

According to Singapore's Ministry of Health, Ler could access the HIV registry thanks to his former job as head of the agency's National Public Health Unit, and is believed to have taken the registry home on a thumb drive. The ministry says it first became aware that Farrera-Brochez had info that seemed to be taken from the registry in 2016, right before he was charged. But the government concealed the breach from the public until last month.

That's when Farrera-Brochez emailed Google Drive links for what he said was the registry to the main email address associated with the Singaporean Supreme Court, according to emails reviewed by VICE News. Several members of the Singaporean government, the Singaporean attorney general's office, an official with the U.S. State Department, and a senior editor at CNN's Hong Kong bureau were also copied on that email.

Farrera-Brochez also offered multiple times to show VICE News the registry. VICE News did not view it as it contains private medical information.

Months earlier, in September 2018, Farrera-Brochez separately sent an email containing a similar link to the editor-in-chief of the Straits Times, an English-language Singaporean newspaper that boasts more than one million readers.

Emailing the HIV registry to the press is not the same as publicly leaking it, Farrera-Brochez contends. He wasn't worried that reporters would publish the information because, he said, "I had faith that they were going to do the right thing."

"Giving that to the press, I was hoping that somebody would get a look at what has been going on in Singapore and how they are using that registry to track individuals with HIV and men who have sex with men," he went on. "There's no need to have that registry."

Farrera-Brochez sees himself as a whistleblower, and says the Singapore government framed him to keep him quiet and the original breach of the registry buried. "This corrupt government biased this court and falsely accused us of cheating on an HIV

 **News**

In short, Farrera-Brochez wants Singaporean authorities to listen to him. And the HIV registry might be the only leverage he's got.

There's nothing to stop him from leaking it again. Shortly after VICE News first reached out to him, Farrera-Brochez texted a reporter, "Will it hurt your story if I make some of the data public?"

## FAKING A BLOOD TEST

Ler and Farrera-Brochez first sought to live together in Singapore in 2008. While Farrera-Brochez says that he was not HIV-positive at that time, Singaporean prosecutors allege otherwise — and claim Ler and Farrera-Brochez tried to get around Singaporean laws that discriminate against foreign workers with HIV.

According to the Singaporean government's version of events, as described in court and police records, Farrera-Brochez used a fake Bahamian passport, bearing the name "Malatesta da Farrera-Brochez," to obtain an HIV test in Singapore in March 2008. The test came back positive on March 11.


Mikhy Farrera-Brochez (L) and Ler Teck Siang (R) (Photo: Mikhy Farrera-Brochez)

So, on the morning of March 13, Farrera-Brochez and Ler got to work in Ler's apartment. Ler drew a test tube of blood from his left arm, and took the blood to the clinic where he worked, court documents allege. When Farrera-Brochez showed up for a blood test later that day, Ler served as his doctor. And instead of submitting a sample

 **News**

It worked. The test was negative, and Farrera-Brochez was allowed to work in Singapore.

Four years later, in 2012, something bizarre happened: Farrera-Brochez complained to the government that Ler divulged Farrera-Brochez's HIV status to a third person — even though the American said that he was HIV-negative at that time. A Ministry of Health official confronted Ler and asked him if he'd ever taken screenshots of the registry. Ler did not admit to sharing the registry, but he did say he'd told somebody else about Farrera-Brochez's status, according to court documents.

That complaint triggered an investigation, but Farrera-Brochez refused to cooperate, Health Minister Gan Kim Yong told Singapore's Parliament on Tuesday. "At one point, he even informed MOH [Ministry of Health] officers that he was leaving Singapore and did not want to continue with the investigation into his allegation," Gan told ministers, according to the Straits Times. The investigation stalled out, and the Ministry of Health insists it had no idea that Farrera-Brochez had the registry.

By late 2013, though, the Singaporean government suspected that Farrera-Brochez had faked his 2008 blood test, per court documents. When Singapore's Ministry of Manpower told Farrera-Brochez that the agency planned to cancel his work permit, he promised to provide "proof of being free of HIV."

So, according to court records, Farrera-Brochez and Ler repeated the ruse, once again giving the Ministry of Health a sample of Ler's blood instead of Farrera-Brochez's. When that sample also tested negative, Farrera-Brochez was able to stay in Singapore, though the police continued to investigate the couple.

In 2014, Farrera-Brochez and Ler got married in the United States. They then returned to Singapore.

In April 2016, police arrested Farrera-Brochez for refusing to obey the government's order that he take a new blood test, Gan said. After the arrest, Farrera-Brochez handed police the names and information of 75 people listed on the HIV registry. At that point, the Ministry of Health suspected the American had not only faked his blood tests, but had also taken Singapore's HIV registry, according to Gan.

The Ministry of Health soon filed a police report against Farrera-Brochez, and investigators searched the couple's homes. They seized every trace of the registry they could find, including a PDF file containing 46 more records from the HIV registry, which Farrera-Brochez had emailed to his mother, Gan said. Police then brought a litany of charges against Farrera-Brochez and Ler over the purportedly falsified blood tests.

Police also charged Farrera-Brochez with possession of cannabis, ketamine, and drug paraphernalia; consumption of amphetamine; and possession of forged academic

2/14/2019          This Kentucky man has a stolen database of HIV-positive people in Singapore. He's not afraid to use it. – VICE News

 **News**

VICE News he went to Vanderbilt. A Vanderbilt official said the school had no record of a Mikhy Farrera-Brochez or Mikhy Brock, a name he sometimes uses.)

## "If we were a heterosexual couple, then we would not have to do what we did"

Farrera-Brochez pleaded guilty to two drug possession charges — though he said he was only holding the drugs for a friend — as well as two charges of submitting falsified blood tests, one charge of lying to a police officer, and one charge of using a forged academic certificate.

"If we were a heterosexual couple, then we would not have to do what we did. The discriminating and bigoted law in place left us no alternative," Farrera-Brochez wrote in a police statement. "I love my spouse. He is all I have. He was there for me during a very difficult time. I'm sorry for what we did. I wish there had been another option for us."

Ler echoed his husband in one of his own statements to police. He told them that, while he "was regretful of the deception, at that point in time, I could really see no other way for the two of us to remain together had I not done what I did."

Both Farrera-Brochez and Ler were convicted, and the Ministry of Health decided to keep the breach secret, for years — even from the people whose information was exposed.

"These were not straightforward decisions. On the one hand, there's the need to be transparent. On the other hand, we need to consider the impact of the announcement on the affected persons with HIV," Gan told Parliament. "A person's HIV status is a deeply emotional and personal matter. Some patients may experience high anxiety and distress from disclosure or announcement. Some will feel compelled to reveal their HIV status to family or friends, relationships can be disrupted, lives can be changed."

While Farrera-Brochez was sentenced to 28 months' imprisonment, Ler appealed and claimed that he'd made some of his police statements under duress. He's still awaiting a hearing on his appeal.

In April 2018, after serving his time, Farrera-Brochez was deported.

## TAKING THE HIV REGISTRY PUBLIC

Today, back in the United States, Farrera-Brochez is consumed with clearing his name. He disputes much of the Singaporean government's version of events. "They've only delayed me and strengthened my resolve to get the full story public," Farrera-Brochez wrote in a text to VICE News.

 **News**

VICE News request for comment about this allegation.) He only wrote that police statement, he said, because he was told that if he acted remorseful, he'd get a lighter sentence.

Farrera-Brochez told VICE News that he had tested negative for HIV in 2008 and again in 2013, and that he only contracted the virus after he was beaten and sexually assaulted in Singaporean prison. Ler did serve as his doctor for the second blood test, he said, but that's only because he'd already taken several blood tests and didn't want to pay the fees for another.

Farrera-Brochez first obtained the HIV registry, he said, after recovering two laptops that had been stolen out of his apartment by somebody who Farrera-Brochez believed was having an affair with Ler. Having noticed that some of his files were missing, Farrera-Brochez uploaded a program from the internet to recover them. That's when the registry popped up, Farrera-Brochez said.

"It wasn't just the registry; it was a lot more files," Farrera-Brochez said, before ticking off the other records he said he found, like lists of people who'd contracted dengue and people who'd contracted swine flu. He recalled thinking, "What the fuck is this?"

"I spent probably about two weeks going over all of this stuff," he said. "I was shocked when I got to the HIV registry, at how common infections are among young people."

Farrera-Brochez has changed his story about when, exactly, this alleged break-in happened. In interviews with VICE News, Farrera-Brochez said that it took place in 2011; in a 2016 police statement he sent to VICE News, he claimed it was in 2012.

Ler led the Ministry of Health's National Public Health Unit from March 2012 to May 2013.

Regardless of whether the laptops were stolen before Ler started working at the unit, or during, Farrera-Brochez believes that the person who stole his laptop, not Ler, somehow also stole the registry. "I don't think that he did this," Farrera-Brochez said of Ler. He added, "My husband isn't someone who would take a bribe or do something to hurt another person. He tries to help people."

VICE News attempted to contact Ler through an intermediary, but he has not responded. A U.S. State Department official told VICE News that the agency had no comment on Farrera-Brochez's claims due to privacy considerations.

The person whom Farrera-Brochez accused of breaking into his apartment and stealing the registry denied all wrongdoing in an interview with VICE News. He said that Farrera-Brochez had complained about him to Singaporean police in 2016, and that he had been investigated and cleared. (The police also did not respond to a VICE News request for comment on this claim.)

Case: 5:19-cv-00051-DCR   Doc #: 9-1   Filed: 02/19/19   Page: 47 of 72 - Page ID#: 138

2/14/2019                This Kentucky man has a stolen database of HIV-positive people in Singapore. He's not afraid to use it. — VICE News

 **News**

---

apartment. He also said he only learned about the HIV registry breach after reading about it in the news.

Farrera-Brochez said that he told Ministry of Health officials on multiple occasions that the registry had been compromised, but they didn't act. When asked about the 2012 complaint he'd made about Ler, for purportedly revealing his HIV status, Farrera-Brochez said he wasn't referring to his own status but rather calling attention to the breach of the registry writ large.

On January 22, 2019, when Farrera-Brochez sent the email with the link to the HIV registry to the Singaporean Supreme Court, he once again said that he and Ler had been imprisoned on false charges because he had come forward about the registry. He also demanded court transcripts and that the Supreme Court "rectify this horrible miscarriage of justice which has embarrassed Singapore and its courts."

Farrera-Brochez is due in court in a week, to face the trespassing charges in Kentucky, which stem from a dispute with his mother, with whom he's not close. For now, he told VICE News, he's living out his car and running around Washington, D.C., trying to meet with U.S. government officials.

He hasn't heard anything about the possibility of extradition, he said.

Nicole Navas Oxman, a spokesperson for the U.S. Department of Justice, told VICE News in an email, "As a matter of policy, the Justice Department does not publicly comment on correspondence with foreign governments on mutual legal assistance and extradition matters, including the very existence of such requests."

## "THESE LAWS DON'T MAKE SENSE"

The Ministry of Health first revealed that the registry had been disclosed online just six days after Farrera-Brochez emailed the Singaporean Supreme Court. "It was always recognized that there was a risk that Brochez could have hidden away some more information," Gan told Parliament on Tuesday. "Unfortunately, as recent events showed, Brochez did manage to retain at least some data which he has recently been disclosed, and we cannot rule out the possibility that he has more."

The ministry said it had realized as early as May 2018 that Farrera-Brochez still had some of the registry records, and contacted the people involved. It had also updated its security protocols in recent years: Only authorized machines can now process sensitive info on the registry, and it can only be downloaded and decrypted with the approval of two people.

When VICE News sent the Ministry of Health a detailed list of questions about the breach and Farrera-Brochez's allegations, including about the security surrounding the registry, the agency referred reporters to its January 28 press release. The agency did not respond to follow-up emails.

2/14/2019        This Kentucky man has a stolen database of HIV-positive people in Singapore. He's not afraid to use it. -- VICE News

 **News**

community groups have stepped up to help people whose information has been leaked, and who are afraid they'll be shunned by their employers and loved ones.

An association of insurance companies has pledged to avoid using any confidential data from the HIV registry. AWARE Singapore, an advocacy group that fights for gender equality, posted a plea to Facebook that asked people to "empathize with the victims." Tan himself has written an op-ed that debunks myths around HIV/AIDS and makes it clear that the virus is no longer a death sentence.

"These reflect the views of civil society in a way that the government can actually see that, 'OK, given the evidence, given how civil society is reacting to this whole issue, maybe it's time for some changes in the law'" around the registry, Tan said.

"Especially in the context of work and employment, these laws don't make sense anymore."

*Cover: Mikhy Farrera-Brochez (L) poses with husband Ler Teck Siang (R) in Singapore. (Photo: Facebook/Mikhy Farrera-Brochez)*

RUSSIA INVESTIGATION

Paul Manfort deliberately lied to Mueller's team, court rules

VICE NEWS TONIGHT ON HBO



**THIS IS HOW SPANISH COAL MINERS ARE DEALING WITH THE GOVERNMENT-MANDATED CLOSING OF THEIR INDUSTRY**

 **News**

WAR POWERS ACT

# CONGRESS JUST VOTED TO END THE U.S.'S SUPPORT OF THE WAR IN YEMEN

**READ MORE**

NEWSLETTER

## Get the best of VICE News delivered to your inbox.

**Email Address**

SUBSCRIBE

IMMIGRATION

 **News**

# Life is a living hell for conservatives in Pelosi's Washington

**READ MORE**

ADVERTISEMENT

SEXUAL MISCONDUCT

Gynecologist accused of sexual misconduct could cost USC $215 million in a class action suit

# EXHIBIT E

# THE STRAITS TIMES

Premium

# American at centre of HIV data leak traced to Kentucky



American Mikhy Farrera Brochez's address in the Kentucky court documents led to this house in the city of Lexington. No one answered the door when The Straits Times went there on Thursday. He agreed over the phone to a meeting with the journalist, but later backed out. ST PHOTO: NIRMAL GHOSH

🕐 PUBLISHED  FEB 2, 2019, 5:00 AM SGT

## ST speaks to him in a series of short phone calls from the airport

**Nirmal Ghosh US Bureau Chief In Lexington (Kentucky)**

The American at the centre of the data leak from Singapore's HIV Registry has been traced to the city of Lexington in the southern American state of Kentucky, where the 34-year-old said he is currently homeless and jobless.

Speaking to The Straits Times over the phone on Thursday afternoon US time, Mikhy Farrera Brochez protested his innocence, saying recent reports about him were "terribly nasty and inaccurate".

He also said that the news about him had cost him his job.

"I just got fired from my job just now. I just got out of work, and I just got fired because of all these press releases," he said.

He did not say what he did for a living, only that it is "the only job that I have".

He added: "I am living out of my car right now, so when you see my car, you are going to see all my stuff in it. I am homeless, and I am jobless too."



TNP FILE PHOTO

The Straits Times tracked Brochez to Lexington in Kentucky. In December, he was arrested in the nearby town of Winchester on charges of trespassing on his mother's home there.

No one answered the door at his Lexington address listed in Kentucky court documents.



STRAITS TIMES GRAPHICS

But The Straits Times spoke to him in a series of short phone calls made from Blue Grass Airport near Lexington.

At one point, he agreed to a meeting, saying he would go to the airport and pick up The Straits Times reporter and show evidence relevant to the case. "I will take you to the library to copy some papers for you," he said.

But he subsequently cancelled this, claiming a US Federal Bureau of Investigation agent had advised him not to speak.

He also claimed that he had attempted to contact "Singaporean officials" to locate his property and find his husband, Singaporean doctor Ler Teck Siang.

Brochez said: "I haven't heard from him in six months. All I know is that the Singaporeans won't release any information to me or the American embassy... We don't know where he is. We can't find him."

**"I just got fired because of all these press releases... I am living out of my car right now, so when you see my car, you are going to see all my stuff in it. I am homeless, and I am jobless too."**

MIKHY FARRERA BROCHEZ, the American at the centre of the HIV data breach, speaking by phone to The Straits Times US Bureau Chief Nirmal Ghosh on Thursday.

On Monday, he and Ler were identified by the Singapore Ministry of Health (MOH) as the key players behind the leak of personal information of 14,200 people with HIV.



Confidential information of 14,200 people with HIV was stolen and leaked online by an American fraudster. Here's a recap of the case. http://str.sg/oLbr



The 37-year-old Ler, who was the head of MOH's National Pub-lic Health Unit from March 2012 to May 2013, had downloaded confidential information from the HIV Registry that ended up in Brochez's hands.

MOH said on Monday that the American subsequently leaked the information online.

While Brochez on Thursday did not explicitly deny leaking the information, he said: "You are aware of the allegations that are being made against me that I have breached the data of thousands of people? Have you seen any post online that I have done this?"

## FORGED CERTIFICATES, BLOOD SWOPS

The American moved to Singapore in 2008 after meeting Ler online and in Hong Kong in 2007. He worked as a lecturer on an Employment Pass, but investigations later revealed that his various educational certificates were forged.

On two occasions - in 2008 and again in 2013 - the HIV-positive American used Ler's blood to get HIV-negative test results, which he submitted to the authorities to get an Employment Pass.



Related Story

**Insurance firms here promise not to use leaked HIV data**

Related Story                                    >

**HIV data leak: Ad for health unit head in 2011 required 2 years' clinical experience**

Related Story                                    >

**Love, lies, leak: Timeline of HIV Registry data breach**

>

**Related Story**

**Tangled web of love and lies led to HIV data leak affecting many**

**Related Story**    >

**Data of 14,200 with HIV leaked online: What you need to know about the case**

In March 2017, Brochez was jailed 28 months for offences including cheating, lying to a public servant, possessing drugs and using forged educational certificates.

He was deported after his jail term ended in April last year.

Ler was charged in 2016 with offences under the Penal Code and Official Secrets Act (OSA) for failing to take reasonable care of confidential information regarding HIV-positive patients.

He was convicted in September last year of abetting the American to cheat and of providing false information to the police and MOH. He has appealed against the conviction and sentence.

His OSA trial date has not been fixed, but it has since emerged that he faces separate drug charges that will be heard in May.

No charges have been filed against Brochez in relation to the leak so far, although the Singapore police said on Monday that they are seeking the help of foreign counterparts in investigations.

## SMALL TOWN IN THE SPOTLIGHT

The data leak - which has made global headlines - has turned the spotlight on the small Kentucky town of Winchester, where Brochez was arrested in December last year for trespassing. He is currently out on bail.

When The Straits Times visited the court there on Thursday to get details of Brochez's arrest, an official who had heard about the case said: "We are a small town, stuff like this doesn't happen."

Winchester, half an hour's drive east of the northern Kentucky city of Lexington, is home to about 18,000 people.

Mr Justin Gurley, a deputy in the Clark County Sheriff's Office who had responded to a call from Brochez's mother about her son trespassing on her property nearly two months ago, had no idea that the encounter would result in him being besieged by calls from media organisations trying to find out more about Brochez.

Mr Gurley said that on Dec 8, when he turned up at Ms Teresa King's house - a double-storey house set among rolling pastures in what is horse and cattle country - Brochez did not resist arrest.

According to court documents, Ms King called the police because her son was banging on her front door in the morning.

When the police arrived, he was sitting on the porch. Ms King told the police she did not want him on the property, and he was arrested after refusing to leave.

When The Straits Times asked Brochez about the arrest on Thursday, the line abruptly went dead.

**• Additional reporting by Fabian Koh in Singapore**

RELATED STORIES:



**Government denies allegations made by Mikhy Farrera Brochez about HIV Registry leak**



**HIV data leak: 2,400 of the 3,500 affected Singaporeans contacted, MOH working with groups to destigmatise HIV**



**HIV data leak: M information on b ways to support**



‹                                                                        ›

📄  STRAITS TIMES GRAPHICS

> Terms & Conditions
> Need help? Reach us here.

> Data Protection Policy
> Advertise with us

SPH Digital News / Copyright © 2019 Singapore Press Holdings Ltd. Co. Regn. No. 198402868E. All rights reserved

American at centre of HIV data leak traced to Kentucky, Singapore News & Top Stori... Page 5 of 5



# EXHIBIT F

# THE STRAITS TIMES

# HIV data leak: Brochez illegally disclosed list of 13 HIV-positive individuals' details, says prisons



Mikhy Farrera Brochez sent an e-mail to some government authorities and media organisations with a list of details of 13 HIV-positive individuals. PHOTO: CLARK COUNTY SHERIFF OFFICE

🕐 PUBLISHED  FEB 17, 2019, 7:41 PM SGT  |  UPDATED  10 HOURS AGO



**Tee Zhuo**　　(mailto:teezhuo@sph.com.sg)

---

SINGAPORE - The American at the centre of a recent HIV data leak illegally disclosed details of 13 HIV-positive people scheduled for a health check-up at Changi Prison Complex in 2018.

The Singapore Prison Service (SPS) has made a police report.

SPS said in a statement on Sunday (Feb 17) that Mikhy Farrera Brochez sent an e-mail on Saturday to some government authorities and media organisations.

The e-mail contained photographs of a piece of paper with a list of NRIC or FIN numbers of 13 HIV-positive individuals, including himself.

They had been scheduled for a medical check-up on March 28, 2018, in Changi Prison Complex.

It is unclear if the 13 individuals are among the 14,200 revealed by the Ministry of Health (MOH) last month to have had their information leaked by Brochez.

"Brochez appears to have secured unauthorised possession of a copy of the list," said SPS, adding that the list was prepared by SPS' appointed medical provider Parkway Shenton.



Related Story

**HIV data leak: Gan Kim Yong defends how incident has been handled**

Related Story

**HIV data leak: MPs seek more information on breach and suggest ways to support affected persons**

Related Story

**HIV data leak: Security safeguards for HIV Registry in 2012-2013 in line with prevailing government policies**

Related Story

**Parliament: 9 questions on HIV Registry data leak addressed by Gan Kim Yong**

"SPS is in the process of reaching out to the individuals on the list to inform them that their information has been disclosed illegally by Brochez," SPS said.

"We have worked with the MOH to provide additional support to those who require it," it said.

Last month, MOH revealed that the confidential information of 14,200 people with HIV – including their names, contact details and medical information – had been stolen and leaked online.

Brochez's partner, Ler Teck Siang, was head of MOH's National Public Health Unit from March 2012 to May 2013 and had access to the HIV Registry for his work.

Ler has been charged under the Official Secrets Act for failing to take reasonable care of confidential information regarding HIV-positive patients.

On Feb 13, Brochez claimed in a series of Facebook posts that he was abused while in police custody, sexually assaulted while in prison and contracted HIV only then, was denied HIV medication while in jail, and that the registry was leaked by another person.

The Government denied the allegations.

Brochez's posts came after Health Minister Gan Kim Yong gave a ministerial statement in Parliament on Feb 12.

Mr Gan explained how the registry had fallen into Brochez's hands, the events leading up to Brochez leaking the information online, and the steps the authorities have since taken to manage the leak.

RELATED STORIES:



**HIV data leak: Facebook removes Brochez's accounts for violating policies on privacy, bullying**



**HIV data leak: 2,400 of the 3,500 affected Singaporeans contacted, MOH working with groups to destigmatise HIV**



**Government denies allegatic Brochez about HIV Registry**

## Missing out on our exclusive articles?

Get two weeks of free access to The Straits Times and experience the best work from the ST newsroom. No credit card required.

Get 2-Week Free Access

> Terms & Conditions

> Need help? Reach us here.

> Data Protection Policy

> Advertise with us

SPH Digital News / Copyright © 2019 Singapore Press Holdings Ltd. Co. Regn. No. 198402868E. All rights reserved

# EXHIBIT G

From: Mikhy Brochez <mbrochez@gmail.com>
Date: Saturday, February 16, 2019
Subject: Re: Interview request over Skype (Yahoo News SG)
To: Wong Casandra <wong.casandra@verizonmedia.com>
Cc: lee_hsien_loong@pmo.gov.sg, k_shanmugam@mha.gov.sg, "Kocher, Charles (Greg)" <gkocher1@herald-leader.com>, "Weber, Thomas C" <weberTC@state.gov>, Maria Gabriella Pezzo <Gabriella.pezzo@vice.com>, fabkoh@sph.com.sg
Since I'm a conman how do you explain these prison medical records with Dr. Leong Hoe Nam's handwriting on them?

Can the Lee regime keep anything confidential?

Are there any reporters in Singapore with the professionalism to stand up to the Lee regime's lies?

I showed these records to Mr. Thomas Weber while I was in prison. He is an American diplomat. I've carbon copied him in this email.


Let's see the Lee regime lie themselves out of this. Who are they going to blue or jail? Dr. Leong who enjoys a lucrative government contract for medical services at the prison? The prosecutors Suhas Malhotra and Leong Weng Tat did interfering in medical treatment? The Indian lady who is a Director at ICA and deported me on the day of my marriage anniversary? Who?

I've removed the names and left the other details. I was never house at B5. I had no contact with these inmates or way to know their details. My fin is the last number. The sheet contains the signature of the guards who took me to see Dr. Leong.

Regards,
Pathological Lying American Conman Faggot

# EXHIBIT H

| | |
|---|---|
| **From:** | M. Farrera Brochez <mbrochez@gmail.com> |
| **Sent:** | Monday, 18 February 2019 8:29 AM |
| **To:** | PMO Hsien Loong LEE (PMO); MHA K Shanmugam (MHA); MOH Kim Yong GAN (MOH); MLAW Edwin TONG (MLAW); MOH Amy KHOR (MOH) |
| **Cc:** | Weber, Thomas C; Ungku, Fathin (Reuters); Wong Casandra; louisa.tang@mediacorp.com.sg; Maria Gabriella Pezzo; Kocher, Charles (Greg); Pope.Cudd@wkyt.com <Pope.Cudd@wkyt.com>; news@pinknews.co.uk; news@theindependent.sg; comments@cnn.com; nytnews@nytimes.com; haveyoursay@bbc.co.uk; international@theguardian.com |
| **Subject:** | The Lies of Dr. Leong Hoe Nam and Edwin Tong |
| **Attachments:** | Baptist Health Letter and Reports.pdf; NotDetectedHIVTest.jpg |

To Whom It May Annoy:

I recently announced via the internet that I had a list of HIV positive inmates from Singapore Prison which was handed to me on a note by Dr. Leong Hoe Nam. The Lee Regime chose to ignore this and commit more defamation and spread more malicious lies.

"To us *power* is, first of all, the *ability to define phenomena*, and secondly the *ability* to make these *phenomena* act in a desired manner." – Huey P. newton

Now I have just offered a definition of power. I would also point out that I have made the Lee regime act in a desired manner by forcing it to now acknowledge two breaches of HIV patient's medical confidentiality which had not been made public knowledge. In the face case of the HIV registry, the Lee regime actively conspired to cover up the leak. This was done by Dr. Amy Khor, Gan Kim Yong and Shanmugam.

Edwin Tong the Senior Minister of State for Law, perjured himself before the Singaporean Parliament, Singapore nation and the world by falsely claiming that I had declared myself HIV positive to the prison and that I was HIV positive in 2008. Further he denied the sexual assault and torture which was committed against me. The Singapore Police held me in custody for four days. Longer than the 48 hours allowed by law. They also withheld medication, food and water. The former investigating officer DSP Burhanadeen Bin Haji Hussainar was removed from the case. Court records would clearly show this in my husband's trial. It would also show that I reported that I was being beaten in an effort by the Lee regime to force me to give false testimony against my husband. I reported this to the Harlot Judge Luke Tan who whored himself for political intrigued and to ingratiate himself with the corrupt regime of Lee Hsien Loong rather than stand for justice. He lied about the HIV registry being used to track men who have sex with men. Mr. Edwin Tong lied about all of this. He went on to commit a gross act of defamation by publicly accusing me of being a pathological liar. Mr. Tong also attempted to cloak the discriminatory policies of the Lee Regime behind science. This is not the first time that a fascist autocratic regime has done this. The Nazis also claimed their policies were scientific as well. Please have a look at Josef Mengele if you aren't already familiar with him.

Dr. Leong Hoe Nam has now publicly lied via an article in the Today Online and according to Yahoo News Singapore as well. Dr. Leong denies that he gave me the paper which clearly has his writing on it. Further he denies telling me that he didn't think I am HIV positive. I have attached a copy of the HIV NOT DETECTED TEST from Tanah Merah Prison which was ordered by Dr. Leong Hoe Nam. I have also attached the full medical records from a recently screening at Central Baptist Health which lead Dr. Stai to believe my HIV infection was only recently made. That means it occurred with the sexual assault in the prison.

Again, I will state that I was not HIV positive in 2008 as the Lee Regime falsely claims. Look at their own Prison medical records and my recent records. This is hard scientific evidence. Further, I was diagnosed and treated with cancer in 2008. I lost all of my hair to chemotherapy. My students and colleagues witness this. The Lee Regime is holding my medical records which prove this. Cancer can cause false positives on HIV tests. They government is supressing this evidence.

I was sexually assaulted in prison and I believe the Lee regime arranged it. My lead attacker Zekri Bin Bashir Allah was a repeat drug offender. He spent more than 25 years in prison for drug related offences. He was facing LT2 Heroin trafficking and lt2 heroin consumption along with 13 other drug related offences. The two LT2 charges both carry a minimum sentence of 7 years each. Singapore doesn't give repeat offenders the minimum sentence for anything. The Attorney General's Chambers had made my lead attacker a final offer of 13 years and 8 months which was already a great offer for his charges. After it came out that he was behind my sexual assault. The AGC redrafted their offer and he was given a 7 year sentence. This is a matter of court records. He was sentence towards the end of October, 2016. His sentence was less than first time offenders for trafficking. This was Zekri's third or fourth time caught for trafficking of illegal drugs.

The Lee regime has used its State Controlled Media to harass my retired Mother in Kentucky, USA and my friends in Canada and the Philippines. It has caused me problems with my friends and family. It has put me under more stress and it is exacerbating my ptsd, anxiety and depression which is causing me to have problems with the people that I love. The Lee regime is also holding my husband Dr. Ler Teck Siang in custody under false charges. Is this going to be done to Dr. Leong Hoe Name? If it isn't then it demonstrates the biasness against me and how they are using their State control media to spread malicious lies about me to silence me. I was released from the Singapore Prison Service into the Custody of the Immigration Customs Authority. Why didn't either of these agencies catch the list of the HIV positive prison? I was being held in an administrative segregation regime was I was locked down in the cell without any contact with anyone for over a year. I was alone in a tiny cell without human contact. This was one of the many ways which the Lee regime attempted to break me. I had to be handcuffed and stripped searched every time I was allowed in or out of my cell. I wasn't allowed to keep items including a blanket or tooth brush in my cell. I slept on a hard sticky concrete floor. I had to drink out of a small Styrofoam pale. I was only given 5-10 minutes of running water a day. Why didn't the prison guards find this paper and take it if I had it without permission? Dr. Leong handed me the paper in front of prison guards. I had it with permission. Therefore no one took it.

I am now warning the Lee regime that I have video recordings of my meetings with the Communicable Disease Staff at the Ministry of Health. I have video of a high ranking official in the Ministry of Health referring to gay men as faggots. How is the Lee regime going to pass this off as science? They are already trying to spin this data leak and turn it around on me. How many more times do I have to keep embarrassing them? Do they truly believe the public is going to keep buying the lies spread by their State Controlled media?

I also have data from my time in the education sector. It really sheds light on some serious issues there.

I also have emails from where I notified Dr. Amy Khor of the data breach of the HIV Registry in October, 2013. Yet the Lee regime is claiming they only learned in 2016. I am looking forward to Singapore's next General Election. I wonder how it will effect Dr. Khor's chance's of re-election when it becomes public knowledge?

I will continue releasing this evidence until the Lee regime stops the HIV Registry and releases my husband Dr. Ler Teck Siang from the unlawful imprisonment based on false charges.

I warned the Lee Regime before. They didn't listen. Lee Hsien Loong justifies his massive salary which is more than the British Sovereign and the American President's salaries combined by saying its because of the good government which he and his regime provides to Singaporeans. I hope they kept their receipts. I believe that they should ask for a refund.

The Lee Regime needs to paint me as the bad guy. They can have their State controlled media do that with their keyboards. I am not bothered and I am not scared. They are not going to intimidate me into silence.

How many more times must I embarrass the Lee Regime until it ceases the HIV registry and releases my husband Dr. Ler Teck Siang?

Como nos dicemos en Español, venga, por favour venga à mi.  Ya no tengo miedo de estos pendejos.

This is the Faggot American Conman Pathological  Liar signing off with the resistance against the Lee Regime.

#LoveTrumpsHate #Malament #Pa'QueTuLoSepas #Equality #GayRights #MarriageEquality4Singapore #HumanRights4Singapore #FreeLerTeckSiang #StopTheRegistry #EndTheRegistry

**From:** Mikhy Brochez <mbrochez@gmail.com>
**Sent:** Monday, 18 February 2019 9:35 AM
**To:** PMO Hsien Loong LEE (PMO) <LEE_Hsien_Loong@pmo.gov.sg>; MHA K Shanmugam (MHA)
<k_shanmugam@mha.gov.sg>; MOH Kim Yong GAN (MOH) <GAN_Kim_Yong@moh.gov.sg>; MLAW Edwin TONG
(MLAW) <Edwin_TONG@mlaw.gov.sg>; MOH Amy KHOR (MOH) <Amy_KHOR@moh.gov.sg>
**Cc:** Ungku, Fathin (Reuters) <fathin.ungku@thomsonreuters.com>; Weber, Thomas C <weberTC@state.gov>; Wong
Casandra <wong.casandra@verizonmedia.com>; Louisa Tang <louisa.tang@mediacorp.com.sg>; Kocher, Charles (Greg)
<gkocher1@herald-leader.com>; Maria Gabriella Pezzo <Gabriella.pezzo@vice.com>; pop.cudd@wkyt.com
**Subject:** Proof Dr. Leong's Handwriting Is On The Patient List

I've folded the sheet and taken the best possible photo to show that Dr. Leong's handwriting is on the back of the patient list. He gave me this and I did have it with permission.

Is Dr. Long going to be arrested and publicly defamed and humiliated as my husband Dr. Ler Teck Siang and I have been?

My husband is suffering in prison on false charges. Dr. Leong is free ND earning a wealthy living from working at one of Singapores most expensive hospitals IE. Mount Elizabeth and his lucrative government contract with the prisons. This contract is paid by tax dollars.

The Lee regime doesn't care about the lgbt community or persons living with hiv/aids. That is why this information is treated so carelessly by officials.

The issue is the rampant incompetence in the Singapore government due to the Lee regime's cronyism and nepotism.

The Lee Regime asked the US to deport Amos Yee and to cancel  visa of the PM's nephew Li Shengwu. A United States Senator on the Senate Foreign Affairs Committee and an American Diplomat both told me this. I don't believe the US woukd extradite even if there are grounds (which there are not). I could counter sue the Lee regime for the civil and human rights violations. My Mother could sue for the invasion of privacy by the illegal search of her email.