# EXHIBIT E

# THE STRAITS TIMES

Premium

# American at centre of HIV data leak traced to Kentucky



American Mikhy Farrera Brochez's address in the Kentucky court documents led to this house in the city of Lexington. No one answered the door when The Straits Times went there on Thursday. He agreed over the phone to a meeting with the journalist, but later backed out. ST PHOTO: NIRMAL GHOSH

🕔 PUBLISHED FEB 2, 2019, 5:00 AM SGT

## ST speaks to him in a series of short phone calls from the airport

**Nirmal Ghosh** US Bureau Chief In Lexington (Kentucky)

The American at the centre of the data leak from Singapore's HIV Registry has been traced to the city of Lexington in the southern American state of Kentucky, where the 34-year-old said he is currently homeless and jobless.

Speaking to The Straits Times over the phone on Thursday afternoon US time, Mikhy Farrera Brochez protested his innocence, saying recent reports about him were "terribly nasty and inaccurate".

He also said that the news about him had cost him his job.

"I just got fired from my job just now. I just got out of work, and I just got fired because of all these press releases," he said.

He did not say what he did for a living, only that it is "the only job that I have".

He added: "I am living out of my car right now, so when you see my car, you are going to see all my stuff in it. I am homeless, and I am jobless too."



TNP FILE PHOTO

The Straits Times tracked Brochez to Lexington in Kentucky. In December, he was arrested in the nearby town of Winchester on charges of trespassing on his mother's home there.

No one answered the door at his Lexington address listed in Kentucky court documents.



STRAITS TIMES GRAPHICS

But The Straits Times spoke to him in a series of short phone calls made from Blue Grass Airport near Lexington.

At one point, he agreed to a meeting, saying he would go to the airport and pick up The Straits Times reporter and show evidence relevant to the case. "I will take you to the library to copy some papers for you," he said.

But he subsequently cancelled this, claiming a US Federal Bureau of Investigation agent had advised him not to speak.

He also claimed that he had attempted to contact "Singaporean officials" to locate his property and find his husband, Singaporean doctor Ler Teck Siang.

Brochez said: "I haven't heard from him in six months. All I know is that the Singaporeans won't release any information to me or the American embassy... We don't know where he is. We can't find him."

> "I just got fired because of all these press releases... I am living out of my car right now, so when you see my car, you are going to see all my stuff in it. I am homeless, and I am jobless too."
>
> MIKHY FARRERA BROCHEZ, the American at the centre of the HIV data breach, speaking by phone to The Straits Times US Bureau Chief Nirmal Ghosh on Thursday.

On Monday, he and Ler were identified by the Singapore Ministry of Health (MOH) as the key players behind the leak of personal information of 14,200 people with HIV.



Confidential information of 14,200 people with HIV was stolen and leaked online by an American fraudster. Here's a recap of the case. http://str.sg/oLbr



The 37-year-old Ler, who was the head of MOH's National Pub-lic Health Unit from March 2012 to May 2013, had downloaded confidential information from the HIV Registry that ended up in Brochez's hands.

MOH said on Monday that the American subsequently leaked the information online.

While Brochez on Thursday did not explicitly deny leaking the information, he said: "You are aware of the allegations that are being made against me that I have breached the data of thousands of people? Have you seen any post online that I have done this?"

## FORGED CERTIFICATES, BLOOD SWOPS

The American moved to Singapore in 2008 after meeting Ler online and in Hong Kong in 2007. He worked as a lecturer on an Employment Pass, but investigations later revealed that his various educational certificates were forged.

On two occasions - in 2008 and again in 2013 - the HIV-positive American used Ler's blood to get HIV-negative test results, which he submitted to the authorities to get an Employment Pass.



Related Story

**Insurance firms here promise not to use leaked HIV data**

>

Related Story

**HIV data leak: Ad for health unit head in 2011 required 2 years' clinical experience**

>

Related Story

**Love, lies, leak: Timeline of HIV Registry data breach**

>

> **Related Story**
> Tangled web of love and lies led to HIV data leak affecting many
>
> **Related Story**
> Data of 14,200 with HIV leaked online: What you need to know about the case

In March 2017, Brochez was jailed 28 months for offences including cheating, lying to a public servant, possessing drugs and using forged educational certificates.

He was deported after his jail term ended in April last year.

Ler was charged in 2016 with offences under the Penal Code and Official Secrets Act (OSA) for failing to take reasonable care of confidential information regarding HIV-positive patients.

He was convicted in September last year of abetting the American to cheat and of providing false information to the police and MOH. He has appealed against the conviction and sentence.

His OSA trial date has not been fixed, but it has since emerged that he faces separate drug charges that will be heard in May.

No charges have been filed against Brochez in relation to the leak so far, although the Singapore police said on Monday that they are seeking the help of foreign counterparts in investigations.

## SMALL TOWN IN THE SPOTLIGHT

The data leak - which has made global headlines - has turned the spotlight on the small Kentucky town of Winchester, where Brochez was arrested in December last year for trespassing. He is currently out on bail.

When The Straits Times visited the court there on Thursday to get details of Brochez's arrest, an official who had heard about the case said: "We are a small town, stuff like this doesn't happen."

Winchester, half an hour's drive east of the northern Kentucky city of Lexington, is home to about 18,000 people.

Mr Justin Gurley, a deputy in the Clark County Sheriff's Office who had responded to a call from Brochez's mother about her son trespassing on her property nearly two months ago, had no idea that the encounter would result in him being besieged by calls from media organisations trying to find out more about Brochez.

Mr Gurley said that on Dec 8, when he turned up at Ms Teresa King's house - a double-storey house set among rolling pastures in what is horse and cattle country - Brochez did not resist arrest.

According to court documents, Ms King called the police because her son was banging on her front door in the morning.

When the police arrived, he was sitting on the porch. Ms King told the police she did not want him on the property, and he was arrested after refusing to leave.

When The Straits Times asked Brochez about the arrest on Thursday, the line abruptly went dead.

• **Additional reporting by Fabian Koh in Singapore**

## RELATED STORIES:



**Government denies allegations made by Mikhy Farrera Brochez about HIV Registry leak**



**HIV data leak: 2,400 of the 3,500 affected Singaporeans contacted, MOH working with groups to destigmatise HIV**



**HIV data leak: M information on b ways to support**

‹  ›

📄 STRAITS TIMES GRAPHICS

> Terms & Conditions
> Need help? Reach us here.
> Data Protection Policy
> Advertise with us

SPH Digital News / Copyright © 2019 Singapore Press Holdings Ltd. Co. Regn. No. 198402868E. All rights reserved