UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SINGAPORE MINISTRY OF HEALTH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-051-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIKHY K. FARRERA-BROCHEZ, | ) | **TEMPORARY** |
| | ) | **RESTRAINING ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Mikhy Farrera-Brochez has stated his intention to disclose confidential and sensitive medical information obtained from the Government of Singapore. The subject information includes a list of individuals on Singapore's Human Immunodeficiency Virus Registry ("HIV Registry"). The plaintiff also asserts that Farrera-Brochez is in possession of, and has disclosed, a list of the National Registration Identification Numbers/Foreign Identification Numbers of 13 HIV positive patients who were scheduled for a medical check-up on March 28, 2018, in Singapore's Changi Prison Complex ("the prisons list").

The Court granted the plaintiff's initial request and entered a Temporary Restraining Order on February 19, 2019. A hearing was scheduled and held on the plaintiff's motion for a preliminary injunction on February 22, 2019. The plaintiff requested during the February 22 hearing that the Temporary Restraining Order be extended beyond its original expiration date while the Court considers whether a preliminary injunction is appropriate. Pursuant to Federal Rule of Civil Procedure 65, the Court finds that immediate and irreparable injury will result if the temporary restraining order is not extended. Further, good cause exists for the extension

because the plaintiff has demonstrated a likelihood of success on the merits of their claims which the defendant has not yet answered. Additionally, there would be little to no harm to the defendant upon the issuance of a temporary restraining order and the public interest is served by prohibiting the disclosure of the confidential information obtained by the defendant.

Accordingly, it is hereby

**ORDERED** as follows:

1. The Temporary Restraining Order filed on February 19, 2019 [Record No. 10] is **EXTENDED** for a period of **fourteen days**. It is also expanded as outlined below.

2. Defendant Mikhy K. Farrera-Brochez is temporarily restrained from posting, disclosing, referencing, discussing, saving, uploading, or disseminating any confidential, sensitive, or private information obtained from the Singapore Government (including the Singapore Ministry of Health and the Singapore Prisons Service), and held by the defendant including the HIV Registry, the prisons list, files related to hospital services and to other infectious diseases, as well as other information such as emails, HIV studies and reports for a period of **fourteen days** from the date of this Order.

3. Any agent, representative, companion, friend, or acquaintance of the defendant in possession of the confidential, sensitive, or private information obtained by the defendant from the Singapore Government (including the Singapore Ministry of Health and the Singapore Prisons Service), and including the HIV Registry, the prisons list, files related to hospital services and to other infectious diseases, as well as other information such as e-mails, HIV studies and reports is hereby restrained from posting, disclosing, referencing, discussing, saving, uploading, or disseminating such information for a period of **fourteen days** from the date of this Order.

Dated: February 22, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge